**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Signature Pack, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **50-0136528** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**5786 Highway 129 North**
**Suite N**
**Pendergrass, GA 30567**
Number, Street, City, State & ZIP Code

**Jackson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Signature Pack, LLC**

Name                                                    Case number (*if known*) _____

---

**7.** **Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Signature Pack, LLC**                                                              Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in**       *Check all that apply:*
**this district?**
■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
    preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**    ■ No
**have possession of any**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                   ☐  It needs to be physically secured or protected from the weather.

                                   ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other _____

                                   **Where is the property?** _____
                                                              Number, Street, City, State & ZIP Code

                                   **Is the property insured?**

                                   ☐ No

                                   ☐ Yes.    Insurance agency _____

                                             Contact name _____

                                             Phone _____

---

■    **Statistical and administrative information**

---

**13. Debtor's estimation of**   .   *Check one:*
**available funds**
                                   ■  Funds will be available for distribution to unsecured creditors.

                                   ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**   ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**               ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                            ■ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                            ☐ 200-999

---

**15. Estimated Assets**   ■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor   **Signature Pack, LLC**
_____          _____
Name                                                Case number (*if known*)

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  9, 2019**
               _____
               MM / DD / YYYY

**X /s/ Chuck McAtee**
_____          **Chuck McAtee**
Signature of authorized representative of debtor    _____
                                                    Printed name

Title    **Manager**
         _____

**18. Signature of attorney**

**X /s/ Leslie Pineyro**
_____          Date    **May  9, 2019**
Signature of attorney for debtor                           _____
                                                           MM / DD / YYYY

**Leslie Pineyro 969800**
_____
Printed name

**Jones & Walden, LLC**
_____
Firm name

**21 Eighth Street, NE**
**Atlanta, GA 30309**
_____
Number, Street, City, State & ZIP Code

Contact phone    **404-564-9300**          Email address    **info@joneswalden.com**
                 _____                    _____

**969800 GA**
_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Signature Pack, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ambassador Sanitation Mngmnt PO Box 2057 Thomasville, GA 31799** | | | | | | $90,989.27 |
| **Amer. Express Corporate Card PO Box 1270 Newark, NJ 07101** | | | | | | $363,748.51 |
| **Americold 25586  Network Place Chicago, IL 60673** | | | | | | $373,906.47 |
| **Ameriprise Financial P.O. Box 60517 City of Industry, CA 91716** | | | | | | $68,773.95 |
| **Champion Foods, Inc 9516 Waterford Rd Jacksonville, FL 32257** | | | | | | $94,304.80 |
| **Genesis Baking Company 211 Woodlawn Avenue Norwalk, OH 44857** | | | | | | $43,599.36 |
| **Gourmet Culinary Solutions LLC 523 Commercial Drive Statham, GA 30666** | | | | | | $171,215.91 |
| **JSO Associates Inc. 17 Maple Drive Great Neck, NY 11021** | | | | | | $44,065.25 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Signature Pack, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kudzu Valley Farm** PO Box 922 Oakwood, GA 30566 | | | | | | $380,384.80 |
| **Linde LLC** 88718 Expedite Way Chicago, IL 60695 | | | | | | $83,683.73 |
| **M&J Foods** 1670 Calming Water Drive Fleming Island, FL 32003 | | | | | | $88,423.00 |
| **Messer LLC** 88718 Expedite Way Chicago, IL 60695 | | | | | | $53,739.39 |
| **Monogram Food Solutions, LLS** P.O. Box 71400 Chicago, IL 60694 | | | | | | $147,996.97 |
| **Penobscot McCrum LLC** PO Drawer 229 Belfast, ME 04915 | | | | | | $167,569.00 |
| **Pilgrim's Pride Corporation** P.O. Box 809225 Chicago, IL 60680 | | | | | | $122,520.00 |
| **Seabrook Brothers & Sons** P O Box 781405 Philadelphia, PA 19178 | | | | | | $130,395.68 |
| **Southeastern Paper Co.** PO BOX 890671 Charlotte, NC 28289 | | | | | | $43,926.20 |
| **Southern Food Broker** 196 Bruce Etheredge Parkway Pell City, AL 35128 | | | | | | $128,503.51 |
| **TNT** 701 Industrial Drive Perryville, MO 63775 | | | | | | $60,389.81 |
| **Wilheit Packaging LLC** PO Box 111 Gainesville, GA 30503 | | | | | | $106,513.26 |

1st Mechanical Services, Inc.
303 Curie Drive
Alpharetta, GA 30005


3M
PO Box 844127
Dallas, TX 75284


A J Letizio
Fifty-five Enterprise Dr
Windham, NH 03087


AAA Scales & Systems
3212 Harmony Church Road
Gainesville, GA 30507


ACOSTA
PO Box 281996
Atlanta, GA 30384


Advanced Marketing Concepts
2717 W. Southern Ave Ste. 1
Tempe, AZ 85282


AIRGAS SAFETY
PO BOX 532609
Atlanta, GA 30353


Ambassador Sanitation Mngmnt
PO Box 2057
Thomasville, GA 31799


Amer. Express Corporate Card
PO Box 1270
Newark, NJ 07101

Americold
25586 Network Place
Chicago, IL 60673


Ameriprise Financial
P.O. Box 60517
City of Industry, CA 91716


AMSPAK
P.O. Box 2225
Hartsville, SC 29551


Aramark
P.O Box 731676
Dallas, TX 75373


Arrow Lines Services Inc.
PO Box 1298
Gainesville, GA 30503


Associated Brokers, Inc.
4777 Aviation Parkway Suite K
Atlanta, GA 30349


Athens Material Handling
316 Commerce Blvd
PO Box 6685
Athens, GA 30604


Atlantic Pit Service, Inc.
P.O Box 837
Lawrenceville, GA 30046


Automatic Protection Services
4655 Canton Rd
Marietta, GA 30066

Baker Donelson
3414 Peachtree Road NE
Suite 1600
Atlanta, GA 30326


Bankcard Center
P.O. Box 71205
Charlotte, NC 28272


Bell, Davis, & Pitt, P.A.
PO Box 21029
Winston Salem, NC 27120


Big Daddy Foods Inc
PO Box 19974
Houston, TX 77224


Campbell Sales & Service, Inc
P.O. Box 488
Athens, GA 30603


Champion Foods, Inc
9516 Waterford Rd
Jacksonville, FL 32257


Chastains Janitorial Supply
1630 MLK Jr. Blvd
Gainesville, GA 30501


ChemStation of Alabama
3021 Dublin Circle
Bessemer, AL 35020


Christopher Carr
Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334

Clay Daniel
P.O Box 434
Bogart, GA 30622


Combined Worksite Solutions
5277 Payshere Circle
Chicago, IL 60674


Connect Logistics
3292 Thompson Bridge RD #350
Gainesville, GA 30506


Continental Carbonic Products
DEPT 3833 PO Box 123833
Dallas, TX 75312


Cooling & Applied Tech, Inc
P.O. BOX 772998
Chicago, IL 60677


CROSSLEY McINTOSH HANLEY &EDES
5002 Randall Parkway
Wilmington, NC 28403


Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264


CSS Polymers Inc.
3482 Keith Bridge Rd Suite 294
Cumming, GA 30041


Dahlonega Packaging, Inc.
P.O. Box 936696
Atlanta, GA 31193

```
Department of Justice, Tax Div
Civil Trial Section, Southern
P.O. Box 14198, Ben Franklin
Washington, DC 20044


Dollar General Market
P.O. Box 1087
Goodlettsville, TN 37072


Dunlap Stainless
2905 Ramsey Rd
Gainesville, GA 30507


Eco-Lab
24198 Network Place
Chicago, IL 60673


Electronic Motors Co. Inc.
7705 Hwy 29 South
Hull, GA 30646


ETCON Employment Solutions
439 E E Butler Parkway
Gainesville, GA 30501


Farr Electric Inc.
4673 East Hall Rd.
Gainesville, GA 30507


Food & Dairy Research Assoc.s
PO Box 608
Commerce, GA 30529


Forester Roller Company, Inc
P O Box 2067
Lawrenceville, GA 30046
```

Fortis Solutions Group, LLC
5362 McEver Road
Flowery Branch, GA 30542


Genesis Baking Company
211 Woodlawn Avenue
Norwalk, OH 44857


Georgia Department of Labor
Suite 900
148 Andew Young Internat'l Blv
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 9100
Atlanta, GA 30345-3205


Georgia Power Company
96 Annex
Atlanta, GA 30396


GIX Logistics, Inc.
P.O. Box 1845
Grand Island, NE 68802


Glacier Sales, Inc
P.O. Box 2646
Yakima, WA 98907


Global Coordination
2625 N Cage Blvd
Pharr, TX 78577


Gold Standard Baking
3700 S. Kedzie Ave.
Chicago, IL 60632

Goodsource
3115 Melrose Dr. Suite 160
Carlsbad, CA 92010


Gourmet Culinary Solutions LLC
523 Commercial Drive
Statham, GA 30666


Graphic Packaging
PO Box 404170
Atlanta, GA 30384


Green Guard First Aid & Safety
3499 Rider Trail South
Earth City, MO 63045


H & D Pallet
464 Garrison Shoals Rd
Lula, GA 30554


Heat and Control, Inc
21121 Cabot Blvd Hayward
Hayward, CA 94545


Hollis Transport
4515 Cantrell Rd.
Flowery Branch, GA 30542


Horizon Packaging
6248 Ringgold Road
Chattanooga, TN 37412


HUMANA HEALTH PLAN INC.
P O BOX 3225
Milwaukee, WI 53201

```
Hygiena
Attn: Accounts Receivable
File 2007 1801 W Olympic Blvd
Pasadena, CA 91199


Infusion Sales Group
2928 Walden Avenue
Depew, NY 14043


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jackson Co. Tax Assessor
67 Athens Street
Jefferson, GA 30549


John R White Company, Inc.
200 Citation Court Suite 100
Birmingham, AL 35209


Johnson O'Hare Company, Inc.
One Progress Road
Billerica, MA 01821


JSO Associates Inc.
17 Maple Drive
Great Neck, NY 11021


Kudzu Valley Farm
PO Box 922
Oakwood, GA 30566


Lake Foods, LLC
355 Industrial Park Rd
Hartwell, GA 30643
```

Linde LLC
88718 Expedite Way
Chicago, IL 60695


LogoSurfing Promtnal Products
2518 Oak Valley Lane
Dacula, GA 30019


M&J Foods
1670 Calming Water Drive
Fleming Island, FL 32003


Machinery Support
PO Box 28
Moore, SC 29369


Mallard Marketing
4027 Clearwell
Amarillo, TX 79109


Manning Brothers
P.O Box 162138
Atlanta, GA 30321


McMaster-Carr
PO Box 7690
Chicago, IL 60680


Messer LLC
88718 Expedite Way
Chicago, IL 60695


Monogram Food Solutions, LLS
P.O. Box 71400
Chicago, IL 60694

Murray Brokerage
684 Woodlands Drive Suite 300
Maumee, OH 43537


Nordson
PO Box 802586
Chicago, IL 60680


North Georgia Logistics
P O Box 208
Pendergrass, GA 30567


North Georgia Propane, Inc.
PO Box 1518
Gainesville, GA 30503


Northeast Food Marketing
30 Myano Lane Suite 30
Stamford, CT 06902


Northern Safety & Industrial
PO Box 4250
Utica, NY 13504


NW French and Associates
1502 1st Avenue North
Fargo, ND 58102


Office of the U.S. Trustee
75 Ted Rurner Drive SW
Room 362
Atlanta, GA 30303


Pack Rite Div Mettler-Toledo
PO Box 730867
Dallas, TX 75373

Pacmac, Inc
P.O. Box 360
Fayetteville, AR 72702


Paragon Food Group, LLC
Carl Perry
345 Rae's Creek Drive
Greenville, SC 29609


Peach State Fire, Inc.
626 Industrial Blvd
Gainesville, GA 30501


Penobscot McCrum LLC
PO Drawer 229
Belfast, ME 04915


Perimeter Marketing Inc.
P O Box 1167
Waxhaw, NC 28176


Piedmont National Corp
PO Box 890938
Charlotte, NC 28289


Pilgrim's Pride Corporation
P.O. Box 809225
Chicago, IL 60680


Pioneer Meat Brokerage, Inc.
P O BOX 8047
Edmond, OK 73083


Planned Administrators
P.O Box 6927
Columbia, SC 29260

Pratt Recycling
PO Box 933949
Atlanta, GA 31193


Ralf Jeffy Green
2295 Skylark Drive
Alexander City, AL 35010


RAM Inc
2090 Columbiana Road
Suite 2600
Birmingham, AL 35216


Randstad North America, Inc.
PO Box 742689
Atlanta, GA 30374


Reese Group
PO Box 40423
Nashville, TN 37204


Reliable Transport. Solutions
PO Box 507
Amelia, OH 45102


Renasant Bank
3333 Peachtree Road
Suite M-10
Atlanta, GA 30326


RG Marketing & Consulting
1716 S San Marcos St. 107
San Antonio, TX 78207


RJS Sales & Marketing
PO BOX 62048
Cincinnati, OH 45262

Romer Labs
Department RL
P.O Box 66971
Saint Louis, MO 63166


Rouses Market
P O BOX 5358
Thibodaux, LA 70302


S. E. Meats
700 25th Ave. West
Birmingham, AL 35204


Scherzer and Associates
8801 Ballentine Street #100
Overland Park, KS 66214


Seabrook Brothers & Sons
P O Box 781405
Philadelphia, PA 19178


Secretary of the Treasury
15th & Pennsylvania Ave, NW
Washington, DC 20200


Sherwood Food Distributors-ATL
5400 Fulton Industrial Blvd
Atlanta, GA 30336


Southeastern Paper Co.
PO BOX 890671
Charlotte, NC 28289


Southern Food Broker
196 Bruce Etheredge Parkway
Pell City, AL 35128

Stiles Heating and Cooling,Inc
140 Ben Burton Road
Bogart, GA 30622


Strategic Industries
PO Box 2576
Alpharetta, GA 30023


Summit Marketing Partners
401 Hall Street SW Suite 289
Grand Rapids, MI 49503


Sun Mark Foods Ltd.
PO Box 1294
Madison, NJ 07940


SupplyOne, Inc. Atlanta
IPC Collection Account
PO Box 740438
Atlanta, GA 30374


Tasty Breads International
9445 Fullerton Avenue
Franklin Park, IL 60131


Tennessee Bun Co.
2975 Armory Dr.
Nashville, TN 37204


The Food Exchange
5650 El Camino Real, Suite 220
Carlsbad, CA 92008


TNT
701 Industrial Drive
Perryville, MO 63775

```
Top Notch Personnel
P.O Box 464730
Lawrenceville, GA 30042


Triangle Sales and Marketing
120 Marguerite Drive Suite 200
Cranberry Twp, PA 16066


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350


ULINE
Attn: Accounts Receivable
PO BOX 88741
Chicago, IL 60680


United States Attorney
600 Richard B Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


US Waste & Recycling, Inc.
P.O. Box 420825
Atlanta, GA 30342


USA Logistics, Inc
P.O. Box 2977
Chesterton, IN 46304


USDA Food Sfty&Inspc. Services
US Bank- FSIS Lockbox
PO Box 979001
Saint Louis, MO 63197


Veritiv Operating Company
P.O. Box 409884
Atlanta, GA 30384
```

VideoJet Technologies
12113 Collection Center Dr
Federal ID# 36-2822116
Chicago, IL 60693


Waste Pro
1405 Danielsville Rd
Athens, GA 30601


Weldon Provisions LLC
2943 W Encelia Ct
Tucson, AZ 85745


Wells Fargo Bank, N.A.
300 Tri-State International
Suite 400
Pendergrass, GA 30567


Whitehall Specialties
P.O. Box 74716
Chicago, IL 60694


Wilheit Packaging LLC
PO Box 111
Gainesville, GA 30503


William T. Porter
1160 River Run
Bishop, GA 30621


Williams Country Sausage
5132 Old Troy-Hickman Road
Union City, TN 38261


Willie C. Lee Jr.
332 Stillwater Lane
Jefferson, GA 30549

```
Winkler-IHM
P O Box 68
Dale, IN 47523


Yamato Corporation Dataweigh
PO Box 206185
Dallas, TX 75320
```