**Fill in this information to identify the case:**

Debtor name   **Signature Pack, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **19-20916**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2019**          *X* **/s/ Chuck McAtee**
                                        Signature of individual signing on behalf of debtor

                                        **Chuck McAtee**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Signature Pack, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **19-20916**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................... $ **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................. $ **1,478,089.45**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................... $ **1,478,089.45**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **1,357,943.89**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $ **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................... +$ **4,047,068.50**

4.    **Total liabilities** ..........................................................................
     Lines 2 + 3a + 3b      $ **5,405,012.39**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Signature Pack, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **19-20916**

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Renasant Bank** | **Checking Account** | **9594** | $0.00 |
| 3.2. | **Renasant Bank** | **Checking Account** | **5952** | $62,567.64 |
| 3.3. | **Renasant Bank** | **Checking Account** | **1314** | $0.00 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | $62,567.64 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Paycom Security Deposit** | $2,352.62 |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

| Debtor | **Signature Pack, LLC** | Case number *(If known)* **19-20916** |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$2,352.62

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    550,942.24    -    27,120.81    = ....    $523,821.43
face amount    doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$523,821.43

**Part 4:** Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Inventory - Raw Materials and Finished Goods** | 4/30/2019 | $0.00 | Cost | $538,694.05 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$538,694.05

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Signature Pack, LLC** | | Case number *(If known)* | **19-20916** |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Book value _____ **0.00** Valuation method _____ **Cost** _____ Current Value _____ **217,017.50**

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ■ No.  Go to Part 7.
 ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☐ No.  Go to Part 8.
 ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Jenna's Desk** | $0.00 | | $50.00 |
| | **Plant Office** | $0.00 | | $50.00 |
| | **Conference Chairs** | $0.00 | | $50.00 |
| | **Office Furniture - new office** | $0.00 | | $50.00 |
| | **Office Furniture - Angie Powell** | $0.00 | | $50.00 |
| | **Plant Offices** | $4,841.39 | | $4,841.39 |
| | **Plant Office Furniture** | $0.00 | | $50.00 |
| | **Office Cubicles** | $4,320.50 | | $4,320.50 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Portable Offices (2)** | $0.00 | | $100.00 |
| | **Furniture (from TRC)** | $0.00 | | $50.00 |
| | **Phone System (TRC)** | $0.00 | | $50.00 |
| | **Quickbooks ES** | $0.00 | | $50.00 |

| Debtor | **Signature Pack, LLC** | | Case number *(If known)* | **19-20916** |
| | Name | | | |

| | | | |
|---|---|---|---|
| **Fire Alarm System - 5786 Hwy 129** | $0.00 | | $50.00 |
| **Server - Office** | $0.00 | | $50.00 |
| **Turner PC** | $0.00 | | $100.00 |
| **Mike PC** | $0.00 | | $100.00 |
| **Jenna PC** | $0.00 | | $100.00 |
| **2 Laptops for QC, Monitor & Hard Drives** | $0.00 | | $200.00 |
| **Gigabit Switch** | $0.00 | | $50.00 |
| **Monitor and Memory for Jenna** | $8.64 | | $8.64 |
| **Monitor for Travis** | $8.11 | | $8.11 |
| **Computer for Jennifer** | $57.33 | | $57.33 |
| **Commission Calc Software** | $1,027.78 | | $1,027.78 |
| **2TB External Hard Drive** | $13.75 | | $13.75 |
| **Microsoft Office for Brian Toothill** | $29.86 | | $29.86 |
| **Battery Backup - Lee** | $30.31 | | $30.31 |
| **Battery Backup - Carlos** | $30.31 | | $30.31 |
| **Jerry Monitor** | $58.97 | | $58.97 |
| **Laptop for Angie Anderson x2** | $391.61 | | $391.61 |
| **Laptop** | $255.40 | | $255.40 |
| **Microsoft Office 2016 x5** | $379.15 | | $379.15 |
| **Desktop System for Supervisor Office and Jerry at Plant** | $387.36 | | $387.36 |
| **Image Printers** | $4,000.00 | | $4,000.00 |

| Debtor | **Signature Pack, LLC** | | Case number *(If known)* **19-20916** |
| | Name | | |

| | | | |
|---|---|---|---|
| **Tape Machine** | $66.67 | | $66.67 |
| **Walkie Talkies** | $642.00 | | $642.00 |
| **PC for Krista** | $472.06 | | $472.06 |
| **Videojet Dataflex Printer** | $11,361.52 | | $11,361.52 |
| **HP Laserjet Pro M521dn Jerry on Dock** | $882.74 | | $882.74 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $30,465.46 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2009 Freight Liner** | $6,219.58 | | $6,219.58 |
| 47.2. **1993 Freight Liner** | $0.00 | | $2,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **Leasehold Improvements** | $0.00 | | $1.00 |
|---|---|---|---|
| **Conveyor** | $0.00 | | $50.00 |

| Debtor | **Signature Pack, LLC** | Case number *(If known)* **19-20916** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Hand Scales** | $0.00 | $50.00 |
| **Hand Wash Sink** | $0.00 | $50.00 |
| **Installation of Conveyor Line 1** | $0.00 | $50.00 |
| **Stainless Steel Tables** | $0.00 | $50.00 |
| **Fire Conveyor #1** | $0.00 | $50.00 |
| **Fire Conveyor #2** | $0.00 | $50.00 |
| **20lb Scales (4)** | $0.00 | $50.00 |
| **Door Foamer #3** | $0.00 | $50.00 |
| **20lb Scales (4)** | $0.00 | $50.00 |
| **Multivac Vacuum Sealer** | $0.00 | $50.00 |
| **Brandrite #2 Sealer** | $0.00 | $50.00 |
| **Conveyor #2** | $0.00 | $50.00 |
| **Stainless Steel Tables (6)** | $0.00 | $50.00 |
| **Starflex VFFS (packaging system)** | $0.00 | $50.00 |
| **VFFS Gusset Attach** | $0.00 | $50.00 |
| **VFFS Access** | $0.00 | $50.00 |
| **73 D Racks** | $0.00 | $50.00 |
| **Compressor** | $0.00 | $50.00 |
| **Used Conveyors** | $0.00 | $50.00 |
| **Rocks - Room 3** | $106.48 | $106.48 |
| **Used Warehouse Racking** | $0.00 | $100.00 |

Debtor    **Signature Pack, LLC**                                    Case number *(If known)*  **19-20916**
Name

| | | |
|---|---|---|
| **Room 3 Improvements** | $21,034.03 | $21,034.03 |
| **Vestibule - Room 1** | $2,502.46 | $2,502.46 |
| **Used Warehouse Racking -2** | $0.00 | $100.00 |
| **Used Warehouse Racking - 3** | $0.00 | $100.00 |
| **Parts Storage Room** | $0.00 | $50.00 |
| **Dry Warehouse Racking** | $0.00 | $100.00 |
| **Room 4 - Slider Production** | $0.00 | $50.00 |
| **Case Sealer** | $0.00 | $50.00 |
| **Slider Room Additions** | $1,043.75 | $1,043.75 |
| **Metal Detector** | $0.00 | $50.00 |
| **Sewage Grinder Pit Pump** | $21.20 | $21.20 |
| **Cartoner Conversion** | $90.77 | $90.77 |
| **Used PFM Flow Wrapper** | $983.33 | $983.33 |
| **Fan Motors - Atlas Blast** | $889.92 | $889.92 |
| **Slider Room Relo** | $1,294.50 | $1,294.50 |
| **Tunnel Walkway** | $523.47 | $523.47 |
| **Slider Feed Table #2** | $883.33 | $883.33 |
| **Used Flowwrapper #3** | $1,000.00 | $1,000.00 |
| **Slot Drains - rm 2** | $2,496.67 | $2,496.67 |
| **Leased Cartoner #2** | $23,333.33 | $23,333.33 |
| **Sonicwall Firewall** | $0.00 | $50.00 |

Debtor  **Signature Pack, LLC**                                    Case number *(If known)* **19-20916**
Name

| | | |
|---|---|---|
| Room 2 Drain Basin | $1,543.75 | $1,543.75 |
| Hydraulic Tote Dumper | $341.60 | $341.60 |
| Stainless Steel Infeed Hopper | $265.60 | $265.60 |
| SS Vibratory Pan | $148.04 | $148.04 |
| 2011 Fortress Phantom Metal Detector | $3,133.42 | $3,133.42 |
| 2011 Fortress Phantom Metal Detector | $3,133.42 | $3,133.42 |
| 2011 Fortress Phantom Metal Detector | $3,133.42 | $3,133.42 |
| Fortress Phantom Metal Detector 8x4 Aperature | $183.67 | $183.67 |
| Interpak USA2024sb Case Taper | $1,312.58 | $1,312.58 |
| Toyota HPT25 Pallet Jack | $50.67 | $50.67 |
| Pallet Jack | $0.00 | $50.00 |
| Forklifts - Capital | $9,211.47 | $9,211.47 |
| Used Scales from Fresh Frozen | $236.11 | $236.11 |
| Exhaust Fans and Air Curtain | $453.53 | $453.53 |
| Industrial Fans Direct - Air Curtain | $729.37 | $729.37 |
| UltraCAT 210 Injector | $85,659.41 | $85,659.41 |
| Marination Heat Exchanger | $11,880.75 | $11,880.75 |
| Cat Duel Tank 200 Gallon Mixing Tank & 300 Gallon Chilling System | $35,879.40 | $35,879.40 |
| Drake Freon Unit | $36,890.00 | $36,890.00 |
| Exhaust Fans for Marination Project | $1,001.29 | $1,001.29 |
| Wall Panels for Marination Project | $1,707.07 | $1,707.07 |

| Debtor | **Signature Pack, LLC** | | Case number *(If known)* **19-20916** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Stand for Freon Unit** | $7,559.34 | | $7,559.34 |
| **Piping for Marination Project** | $7,451.60 | | $7,451.60 |
| **Mezzanine for Mixing Tanks** | $13,578.24 | | $13,578.24 |
| **Electrical for Marination Project** | $7,911.20 | | $7,911.20 |
| **Pallet Truck Scale** | $453.97 | | $453.97 |
| **Air Saver** | $28.44 | | $28.44 |
| **Load Cells** | $928.94 | | $928.94 |
| **Sanitary pip to go from marination to ice glazer tank** | $434.32 | | $434.32 |
| **2 Yamato 0/16L-S W/A Reconditioned Serial #'s AFK807530** | $2,021.54 | | $2,021.54 |
| **Rolling Ladder** | $563.57 | | $563.57 |
| **10/16L-S W/A Reconditioned Serial# A8040599 A8970014** | $2,628.06 | | $2,628.06 |
| **Panels, extruded aluminum angle for Room 3 Air unit shielding** | $955.83 | | $955.83 |
| **Baldor Motor** | $1,122.40 | | $1,122.40 |
| **Mezzanine Flooring** | $4,347.37 | | $4,347.37 |
| **Motor for Spiral Freezer** | $916.28 | | $916.28 |
| **Installed Copper Water Line from 2" Water Main Outside** | $2,745.58 | | $2,745.58 |
| **Pallet truck & scale** | $1,377.26 | | $1,377.26 |
| **Vacuum pump** | $2,145.92 | | $2,145.92 |

| 51. | **Total of Part 8.** | | $320,188.25 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

| Debtor | **Signature Pack, LLC** | | Case number *(If known)* | **19-20916** |
|---|---|---|---|---|
| | Name | | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No

    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.

    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.

    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Signature Pack, LLC**
Name

Case number *(If known)*  **19-20916**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $62,567.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,352.62 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $523,821.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $538,694.05 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,465.46 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $320,188.25 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,478,089.45 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,478,089.45 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Signature Pack, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-20916**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Renasant Bank** | Describe debtor's property that is subject to a lien | **$1,357,943.89** | **Unknown** |
| Creditor's Name<br>**Mitchell Waycaster, CEO**<br>**209 Troy Street**<br>**Tupelo, MS 38801**<br>Creditor's mailing address | **Revolver loan ($747,801.80), term loan ($451,329.13), and equipment loan ($158,812.96)** | | |
| | Describe the lien | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,357,943.89

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lee Hart**<br>**Nelson Mullins Riley & Scarbor**<br>**201 17th Street, NW Ste 1700**<br>**Atlanta, GA 30363** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **Signature Pack, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-20916**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Byung J Pak, US Attorney**<br>**600 Richard B. Russell Buildin**<br>**75 Ted Turner Drive, SW**<br>**Atlanta, GA 30303** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address<br>**Department of Justice, Tax Div**<br>**Civil Trial Section, Southern**<br>**P.O. Box 14198, Ben Franklin**<br>**Washington, DC 20044** | **$0.00** | **$0.00** |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Georgia Department of Labor
Mark Butler, Commissioner
148 Andew Young Int. Ste 900
Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

**$0.00** **$0.00**

---

**2.4** Priority creditor's name and mailing address

**Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 16102
Atlanta, GA 30345-3205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

**$0.00** **$0.00**

---

**2.5** Priority creditor's name and mailing address

**Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

**$0.00** **$0.00**

---

**2.6** Priority creditor's name and mailing address

**Jackson Co. Tax Assessor
67 Athens Street
Jefferson, GA 30549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

**$0.00** **$0.00**

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address

**Lynne Riley**
**State of Georgia Revenue Commi**
**1800 Century Blvd, N.E.**
**Atlanta, GA 30345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

**Office Of the Chief Co. IRS**
**1111 Constitution Ave**
**Washington, DC 20224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

**Ohio Department of Taxation**
**4485 Northland Ridge Blvd**
**Columbus, OH 43229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

**Secretary of the Treasury**
**15th & Pennsylvania Ave, NW**
**Washington, DC 20200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**          **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **U.S. Attorney General** | *Check all that apply.* | | |
| | **U.S. Department of Justice** | ☐ Contingent | | |
| | **950 Pennsylvania Ave NW** | ☐ Unliquidated | | |
| | **Washington, DC 20350** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $2,588.74 |
| | **1st Mechanical Services, Inc.** | |
| | **303 Curie Drive** | |
| | **Alpharetta, GA 30005** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $903.42 |
| | **3M** | |
| | **PO Box 844127** | |
| | **Dallas, TX 75284** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $0.00 |
| | **A J Letizio** | |
| | **Fifty-five Enterprise Dr** | |
| | **Windham, NH 03087** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notice only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | $6,433.61 |
| | **AAA Scales & Systems** | |
| | **3212 Harmony Church Road** | |
| | **Gainesville, GA 30507** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | $4,952.56 |
| | **ACOSTA** | |
| | **PO Box 281996** | |
| | **Atlanta, GA 30384** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Signature Pack, LLC** | | | Case number (if known) | **19-20916** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$679.46** |
|---|---|---|---|

**Advanced Marketing Concepts**
**2717 W. Southern Ave Ste. 1**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,251.69** |
|---|---|---|---|

**AIRGAS SAFETY**
**PO BOX 532609**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$90,989.27** |
|---|---|---|---|

**Ambassador Sanitation Mngmnt**
**PO Box 2057**
**Thomasville, GA 31799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$363,748.51** |
|---|---|---|---|

**Amer. Express Corporate Card**
**PO Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$373,906.47** |
|---|---|---|---|

**Americold**
**25586  Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,381.25** |
|---|---|---|---|

**AMSPAK**
**P.O. Box 2225**
**Hartsville, SC 29551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,735.71** |
|---|---|---|---|

**Aramark**
**P.O Box 731676**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,458.00 |
|---|---|---|---|

**Arrow Lines Services Inc.**
**PO Box 1298**
**Gainesville, GA 30503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Associated Brokers, Inc.**
**4777 Aviation Parkway Suite K**
**Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.81 |
|---|---|---|---|

**Athens Material Handling**
**316 Commerce Blvd**
**PO Box 6685**
**Athens, GA 30604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|

**Atlantic Pit Service, Inc.**
**P.O Box 837**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Automatic Protection Services**
**4655 Canton Rd**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**Baker Donelson**
**3414 Peachtree Road NE**
**Suite 1600**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,080.34 |
|---|---|---|---|

**Bankcard Center**
**P.O. Box 71205**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,018.75** |
|---|---|---|---|

**Bell, Davis, & Pitt, P.A.**
**PO Box 21029**
**Winston Salem, NC 27120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,845.60** |
|---|---|---|---|

**Big Daddy Foods Inc**
**PO Box 19974**
**Houston, TX 77224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,022.70** |
|---|---|---|---|

**Campbell Sales & Service, Inc**
**P.O. Box 488**
**Athens, GA 30603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,304.80** |
|---|---|---|---|

**Champion Foods, Inc**
**9516 Waterford Rd**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Chastains Janitorial Supply**
**1630 MLK Jr. Blvd**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228.36** |
|---|---|---|---|

**ChemStation of Alabama**
**3021 Dublin Circle**
**Bessemer, AL 35020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Carr**
**Attorney General of Georgia**
**40 Capitol Square SW**
**Atlanta, GA 30334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Clay Daniel**
P.O Box 434
Bogart, GA 30622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.64** |
|---|---|---|---|

**Combined Worksite Solutions**
5277 Payshere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,377.00** |
|---|---|---|---|

**Connect Logistics**
3292 Thompson Bridge RD #350
Gainesville, GA 30506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$507.57** |
|---|---|---|---|

**Continental Carbonic Products**
DEPT 3833 PO Box 123833
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$637.24** |
|---|---|---|---|

**Cooling & Applied Tech, Inc**
P.O. BOX 772998
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,995.48** |
|---|---|---|---|

**CROSSLEY McINTOSH HANLEY &EDES**
5002 Randall Parkway
Wilmington, NC 28403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,207.64** |
|---|---|---|---|

**Crown Lift Trucks**
PO Box 641173
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **19-20916** |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$842.62** |
|---|---|---|---|

**CSS Polymers Inc.**
**3482 Keith Bridge Rd Suite 294**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,674.55** |
|---|---|---|---|

**Dahlonega Packaging, Inc.**
**P.O. Box 936696**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dollar General Market**
**P.O. Box 1087**
**Goodlettsville, TN 37072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$696.72** |
|---|---|---|---|

**Dunlap Stainless**
**2905 Ramsey Rd**
**Gainesville, GA 30507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.22** |
|---|---|---|---|

**Eco-Lab**
**24198 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$291.19** |
|---|---|---|---|

**Electronic Motors Co. Inc.**
**7705 Hwy 29 South**
**Hull, GA 30646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,867.99** |
|---|---|---|---|

**ETCON Employment Solutions**
**439 E E  Butler Parkway**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$590,000.00**

**Family Dollar Services, LLC**
**Lynda Leahy, Registered Agent**
**2626 Glenwood Ave, Ste 550**
**Wilmington, DE 19808**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$645.00**

**Farr Electric Inc.**
**4673 East Hall Rd.**
**Gainesville, GA 30507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,308.75**

**Food & Dairy Research Assoc.s**
**PO Box 608**
**Commerce, GA 30529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Forester Roller Company, Inc**
**P O Box 2067**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,501.60**

**Fortis Solutions Group, LLC**
**5362 McEver Road**
**Flowery Branch, GA 30542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,599.36**

**Genesis Baking Company**
**211 Woodlawn Avenue**
**Norwalk, OH 44857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$692.24**

**GIX Logistics, Inc.**
**P.O. Box 1845**
**Grand Island, NE 68802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,882.50** |
|---|---|---|---|
| | **Glacier Sales, Inc**<br>**P.O. Box 2646**<br>**Yakima, WA 98907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Global Coordination**<br>**2625 N Cage Blvd**<br>**Pharr, TX 78577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **For notice only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,944.00** |
|---|---|---|---|
| | **Gold Standard Baking**<br>**3700 S. Kedzie Ave.**<br>**Chicago, IL 60632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,252.00** |
|---|---|---|---|
| | **Goodsource**<br>**3115 Melrose Dr. Suite 160**<br>**Carlsbad, CA 92010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171,215.91** |
|---|---|---|---|
| | **Gourmet Culinary Solutions LLC**<br>**515 Commercial Drive**<br>**Statham, GA 30666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$715.00** |
|---|---|---|---|
| | **Graphic Packaging**<br>**PO Box 404170**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$309.95** |
|---|---|---|---|
| | **Green Guard First Aid & Safety**<br>**3499 Rider Trail South**<br>**Earth City, MO 63045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,475.00** |
|---|---|---|---|

**H & D Pallet**
**464 Garrison Shoals Rd**
**Lula, GA 30554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$135.83** |
|---|---|---|---|

**Heat and Control, Inc**
**21121 Cabot Blvd Hayward**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$700.00** |
|---|---|---|---|

**Hollis Transport**
**4515 Cantrell Rd.**
**Flowery Branch, GA 30542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,874.65** |
|---|---|---|---|

**Horizon Packaging**
**6248 Ringgold Road**
**Chattanooga, TN 37412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,143.77** |
|---|---|---|---|

**HUMANA HEALTH PLAN INC.**
**P O BOX 3225**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,441.98** |
|---|---|---|---|

**Hygiena**
**Attn: Accounts Receivable**
**File 2007 1801 W Olympic Blvd**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$267.73** |
|---|---|---|---|

**Infusion Sales Group**
**2928 Walden Avenue**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**

**John R White Company, Inc.**
**200 Citation Court Suite 100**
**Birmingham, AL 35209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$34,459.43**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Johnson O'Hare Company, Inc.**
**One Progress Road**
**Billerica, MA 01821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,856.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**JSO Associates Inc.**
**17 Maple Drive**
**Great Neck, NY 11021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$44,065.25**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Kudzu Valley Farm**
**PO Box 922**
**Oakwood, GA 30566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$380,384.80**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Lake Foods, LLC**
**355 Industrial Park Rd**
**Hartwell, GA 30643**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$12,876.60**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Linde LLC**
**88718 Expedite Way**
**Chicago, IL 60695**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$83,683.73**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**LogoSurfing Promtnal Products**
**2518 Oak Valley Lane**
**Dacula, GA 30019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$139.00**

---

| Debtor | **Signature Pack, LLC** | | Case number (if known) | **19-20916** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$88,423.00** |
|---|---|---|---|
| | **M&J Foods**<br>**1670 Calming Water Drive**<br>**Fleming Island, FL 32003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,186.96** |
|---|---|---|---|
| | **Machinery Support**<br>**PO Box 28**<br>**Moore, SC 29369** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,438.47** |
|---|---|---|---|
| | **Mallard Marketing**<br>**4027 Clearwell**<br>**Amarillo, TX 79109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$344.64** |
|---|---|---|---|
| | **Manning Brothers**<br>**P.O Box 162138**<br>**Atlanta, GA 30321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,331.76** |
|---|---|---|---|
| | **McMaster-Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53,739.39** |
|---|---|---|---|
| | **Messer LLC**<br>**88718 Expedite Way**<br>**Chicago, IL 60695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$147,996.97** |
|---|---|---|---|
| | **Monogram Food Solutions, LLS**<br>**P.O. Box 71400**<br>**Chicago, IL 60694** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.68** |
|---|---|---|---|

**Murray Brokerage**
**684 Woodlands Drive Suite 300**
**Maumee, OH 43537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$970.01** |
|---|---|---|---|

**Nordson**
**PO Box 802586**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,820.30** |
|---|---|---|---|

**North Georgia Logistics**
**P O Box 208**
**Pendergrass, GA 30567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,316.29** |
|---|---|---|---|

**North Georgia Propane, Inc.**
**PO Box 1518**
**Gainesville, GA 30503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,709.80** |
|---|---|---|---|

**Northeast Food Marketing**
**30 Myano Lane Suite 30**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,708.59** |
|---|---|---|---|

**Northern Safety & Industrial**
**PO Box 4250**
**Utica, NY 13504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,791.46** |
|---|---|---|---|

**NW French and Associates**
**1502 1st  Avenue North**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.87 |
| --- | --- | --- | --- |

**Pack Rite Div Mettler-Toledo**
**PO Box 730867**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,350.54 |
| --- | --- | --- | --- |

**Pacmac, Inc**
**P.O. Box 360**
**Fayetteville, AR 72702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,182.39 |
| --- | --- | --- | --- |

**Paragon Food Group, LLC**
**Carl Perry**
**345 Rae's Creek Drive**
**Greenville, SC 29609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.40 |
| --- | --- | --- | --- |

**Peach State Fire, Inc.**
**626 Industrial Blvd**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167,569.00 |
| --- | --- | --- | --- |

**Penobscot McCrum LLC**
**PO Drawer 229**
**Belfast, ME 04915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,111.97 |
| --- | --- | --- | --- |

**Perimeter Marketing Inc.**
**P O Box 1167**
**Waxhaw, NC 28176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673.42 |
| --- | --- | --- | --- |

**Piedmont National Corp**
**PO Box 890938**
**Charlotte, NC 28289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,520.00 |
|---|---|---|---|

**Pilgrim's Pride Corporation**
P.O. Box 809225
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.07 |
|---|---|---|---|

**Pioneer Meat Brokerage, Inc.**
P O BOX 8047
Edmond, OK 73083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,751.18 |
|---|---|---|---|

**Planned Administrators**
P.O Box 6927
Columbia, SC 29260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Pratt Recycling**
PO Box 933949
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,736.10 |
|---|---|---|---|

**Ralf Jeffy Green**
2295 Skylark Drive
Alexander City, AL 35010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.52 |
|---|---|---|---|

**RAM Inc**
2090 Columbiana Road
Suite 2600
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Randstad North America, Inc.**
PO Box 742689
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Signature Pack, LLC** | | Case number *(if known)* | **19-20916** |
|---|---|---|---|---|
| | Name | | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,961.38 |
|---|---|---|---|

**Reese Group**
PO Box 40423
Nashville, TN 37204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,637.00 |
|---|---|---|---|

**Reliable Transport. Solutions**
PO Box 507
Amelia, OH 45102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.44 |
|---|---|---|---|

**RG Marketing & Consulting**
1716 S San Marcos St. 107
San Antonio, TX 78207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,786.16 |
|---|---|---|---|

**RJS Sales & Marketing**
PO BOX 62048
Cincinnati, OH 45262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,557.97 |
|---|---|---|---|

**Romer Labs**
Department RL
P.O Box 66971
Saint Louis, MO 63166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.68 |
|---|---|---|---|

**Rouses Market**
P O BOX 5358
Thibodaux, LA 70302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,696.40 |
|---|---|---|---|

**S. E. Meats**
700 25th Ave. West
Birmingham, AL 35204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Signature Pack, LLC** | Case number (*if known*) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369.00** |
|---|---|---|---|

**Scherzer and Associates**
**8801 Ballentine Street #100**
**Overland Park, KS 66214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,395.68** |
|---|---|---|---|

**Seabrook Brothers & Sons**
**P O Box 781405**
**Philadelphia, PA 19178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,959.00** |
|---|---|---|---|

**Sherwood Food Distributors-ATL**
**5400 Fulton Industrial Blvd**
**Atlanta, GA 30336**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Signature Food Marketing, LLC**
**5786 Hwy 129 North**
**Suite N**
**Pendergrass, GA 30567**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,926.20** |
|---|---|---|---|

**Southeastern Paper Co.**
**PO BOX 890671**
**Charlotte, NC 28289**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,503.51** |
|---|---|---|---|

**Southern Food Broker**
**196 Bruce Etheredge Parkway**
**Pell City, AL 35128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,029.50** |
|---|---|---|---|

**Stiles Heating and Cooling,Inc**
**140 Ben Burton Road**
**Bogart, GA 30622**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Signature Pack, LLC** | | Case number (if known) | **19-20916** |
|--------|------------------------|--|------------------------|--------------|
| | Name | | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,874.85** |
|-------|--|--|--|

**Strategic Industries**
**PO Box 2576**
**Alpharetta, GA 30023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,321.41** |
|-------|--|--|--|

**Summit Marketing Partners**
**401 Hall Street SW Suite 289**
**Grand Rapids, MI 49503**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,196.00** |
|-------|--|--|--|

**Sun Mark Foods Ltd.**
**PO Box 1294**
**Madison, NJ 07940**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,255.20** |
|-------|--|--|--|

**SupplyOne, Inc. Atlanta**
**IPC Collection Account**
**PO Box 740438**
**Atlanta, GA 30374**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,814.00** |
|-------|--|--|--|

**Tasty Breads International**
**9445 Fullerton Avenue**
**Franklin Park, IL 60131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,307.76** |
|-------|--|--|--|

**Tennessee Bun Co.**
**2975 Armory Dr.**
**Nashville, TN 37204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,891.60** |
|-------|--|--|--|

**The Food Exchange**
**5650 El Camino Real, Suite 220**
**Carlsbad, CA 92008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Signature Pack, LLC** | | Case number *(if known)* | **19-20916** |
|---|---|---|---|---|
| | Name | | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,389.81** |
|---|---|---|---|
| | **TNT**<br>**701 Industrial Drive**<br>**Perryville, MO 63775** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,282.55** |
|---|---|---|---|
| | **Tom Southworth**<br>**5876 Highway 129 North**<br>**Suite N**<br>**Pendergrass, GA 30567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,916.18** |
|---|---|---|---|
| | **Top Notch Personnel**<br>**P.O Box 464730**<br>**Lawrenceville, GA 30042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,316.85** |
|---|---|---|---|
| | **Triangle Sales and Marketing**<br>**120 Marguerite Drive Suite 200**<br>**Cranberry Twp, PA 16066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,197.66** |
|---|---|---|---|
| | **ULINE**<br>**Attn: Accounts Receivable**<br>**PO BOX 88741**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **US Waste & Recycling, Inc.**<br>**P.O. Box 420825**<br>**Atlanta, GA 30342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,763.00** |
|---|---|---|---|
| | **USA Logistics, Inc**<br>**P.O. Box 2977**<br>**Chesterton, IN 46304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Signature Pack, LLC** | | Case number (if known) | **19-20916** |
|---|---|---|---|---|
| | Name | | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**
**USDA Food Sfty&Inspc. Services**
**US Bank- FSIS Lockbox**
**PO Box 979001**
**Saint Louis, MO 63197**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$14,361.33**

---

**3.126** | **Nonpriority creditor's name and mailing address**
**Veritiv Operating Company**
**P.O. Box 409884**
**Atlanta, GA 30384**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,045.55**

---

**3.127** | **Nonpriority creditor's name and mailing address**
**VideoJet Technologies**
**12113 Collection Center Dr**
**Federal ID# 36-2822116**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$971.88**

---

**3.128** | **Nonpriority creditor's name and mailing address**
**Waste Pro**
**1405 Danielsville Rd**
**Athens, GA 30601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,955.35**

---

**3.129** | **Nonpriority creditor's name and mailing address**
**Weldon Provisions LLC**
**2943 W Encelia Ct**
**Tucson, AZ 85745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$622.08**

---

**3.130** | **Nonpriority creditor's name and mailing address**
**Wells Fargo Bank, N.A.**
**Attn: C. Allen Parker, CEO**
**101 N. Phillips Avenue**
**Sioux Falls, SD 57104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131** | **Nonpriority creditor's name and mailing address**
**Whitehall Specialties**
**P.O. Box 74716**
**Chicago, IL 60694**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$11,155.38**

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$106,513.26** |
|---|---|---|---|

**Wilheit Packaging LLC**
**PO Box 111**
**Gainesville, GA 30503**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$768.00** |
|---|---|---|---|

**William T. Porter**
**1160 River Run**
**Bishop, GA 30621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,617.52** |
|---|---|---|---|

**Williams Country Sausage**
**5132 Old Troy-Hickman Road**
**Union City, TN 38261**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Winkler-IHM**
**P O Box 68**
**Dale, IN 47523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  For notice only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,737.59** |
|---|---|---|---|

**Yamato Corporation Dataweigh**
**PO Box 206185**
**Dallas, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,047,068.50 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 4,047,068.50 |

---

**Fill in this information to identify the case:**

Debtor name      **Signature Pack, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-20916**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of freezer warehouse space, dock space, and office space** | |
| State the term remaining | **44 months** | **Americold** |
| List the contract number of any government contract | | **25586  Network Place** |
| | | **Chicago, IL 60673** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Liquid Nitrogen Tank and Spiral Freezer** | |
| State the term remaining | **April, 2020** | **Linde LLC** |
| List the contract number of any government contract | | **88718 Expedite Way** |
| | | **Chicago, IL 60695** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Trademark Licensing Agreement for SIGNATURE SELECT, Reg. No. 4769138. 2. SIGNATURE SELECT, Reg. No. 4610646.. Debtor is Licensee under non-exclusive license for use in the US for 10 year term commencing Nov 16, 2018** | |
| State the term remaining | | **S. E. Meats** |
| List the contract number of any government contract | | **700 25th Ave. West** |
| | | **Birmingham, AL 35204** |

**Fill in this information to identify the case:**

Debtor name    **Signature Pack, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **19-20916**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Chuck McAtee** | **5876 Highway 129 North, Ste E Pendergrass, GA 30567** | **Renasant Bank** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Gourmet Culinary Solutions LLC** | **515 Commercial Drive Statham, GA 30666** | **Renasant Bank** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Signature Food Marketing, LLC** | **5786 Hwy 129 North Suite N Pendergrass, GA 30567** | **Renasant Bank** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Tom Southworth** | **5876 Highway 129 North, Ste N Pendergrass, GA 30567** | **Renasant Bank** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **Signature Pack, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number (if known)      **19-20916**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:      Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$5,953,454.59** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$37,382,631.38** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$55,679,589.22** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | **Sale of Fixed Assets** | **$1,950.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Sale of Fixed Assets** | **$24,121.70** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Class Action Settlement** | **$132.67** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Signature Pack, LLC**                                                          Case number *(if known)*  **19-20916**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | Missed Appointment Fee | $200.00 |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **S. E. Meats**<br>**700 25th Ave. West**<br>**Birmingham, AL 35204** | **2/8/19,**<br>**2/11/19,**<br>**2/14/19,**<br>**2/15/19,**<br>**2/18/19,**<br>**2/20/19,**<br>**2/22/19,**<br>**3/1/19,**<br>**3/4/19,**<br>**3/8/19,**<br>**3/11/19,**<br>**3/14/19,**<br>**3/18/19,**<br>**3/25/19,**<br>**3/29/19,**<br>**4/1/19,**<br>**4/8/19,**<br>**4/15/19,**<br>**4/23/19,**<br>**4/29/19,**<br>**5/6/19** | **$1,177,281.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **SE Meats Invoices Paid to Debtor and then turned over to SE Meats** |
| 3.2. | **Amer. Express Corporate Card**<br>**PO Box 1270**<br>**Newark, NJ 07101** | **3/1/19,**<br>**3/25/19** | **$497,525.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit Card** |
| 3.3. | **Kudzu Valley Farm**<br>**PO Box 922**<br>**Oakwood, GA 30566** | **2/8/19,**<br>**2/22/19,**<br>**3/4/19,**<br>**3/14/19,**<br>**3/18/19,**<br>**3/26/19,**<br>**4/1/19,**<br>**4/8/19,**<br>**4/15/19** | **$266,703.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Signature Pack, LLC**                                           Case number *(if known)*  **19-20916**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.4. **Renasant Bank** 3333 Peachtree Road Suite M-10 Atlanta, GA 30326 | 2/15/19, 3/4/19, 3/5/19, 3/6/19, 3/15/19, 3/25/19, 3/27/19, 3/28/19, 4/4/19, 4/8/19, 4/10/19, 4/16/19, 4/23/19, 4/30/19, 5/3/19, 5/6/19, 5/9/19, | $218,041.47 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Ambassador Sanitation Mngmnt** PO Box 2057 Thomasville, GA 31799 | 2/11/19, 2/14/19, 3/4/19, 3/14/19, 3/18/19, 4/1/19, 4/8/19, 4/15/19, 4/29/19 | $170,085.06 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.6. **Pilgrim's Pride Corporation** P.O. Box 809225 Chicago, IL 60680 | 2/11/19, 1/19/19, 3/4/19, 4/10/19 | $134,357.58 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Perdue Farms, Inc.** 31149 Old Ocean City Rd Salisbury, MD 21804 | 2/11/19, 2/19/19, 3/4/19, 3/18/19 | $129,638.40 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Bankcard Center** P.O. Box 71205 Charlotte, NC 28272 | 2/11/19, 3/4/19, 3/18/19, 5/3/19 | $99,415.60 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Credit Card** |
| 3.9. **Harrison Poultry** 1201 Waukegan Rd. Glenview, IL 60025 | 2/11/19, 2/19/19, 3/4/19, 3/18/19 | $95,048.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Signature Pack, LLC**    Case number *(if known)*    **19-20916**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **Humana Health Plan Inc.**<br>P O BOX 3225<br>Milwaukee, WI 53201 | 2/11/19,<br>3/4/19,<br>4/15/19 | $84,904.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Employee Health Insurance** |
| 3.11. **Ameriprise Financial**<br>901 3rd Avenue S<br>Minneapolis, MN 55402 | 2/25/19,<br>3/18/19,<br>4/23/19 | $73,099.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Credit Card** |
| 3.12. **Americold**<br>25586  Network Place<br>Chicago, IL 60673 | 3/18/19 | $58,401.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Landlord** |
| 3.13. **Reliable Transport. Solutions**<br>PO Box 507<br>Amelia, OH 45102 | 2/13/19,<br>3/4/19,<br>4/1/19,<br>4/8/19,<br>4/15/19 | $51,963.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.14. **Monogram Food Solutions, LLS**<br>P.O. Box 71400<br>Chicago, IL 60694 | 2/22/19 | $42,451.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Tasty Breads International**<br>9445 Fullerton Avenue<br>Franklin Park, IL 60131 | 2/22/19 | $37,082.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **Stone Mountain Industrial Park Inc** | 2/11/19,<br>3/4/19,<br>4/1/19,<br>4/26/19 | $34,077.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Lease payments** |
| 3.17. **USA Logistics, Inc**<br>P.O. Box 2977<br>Chesterton, IN 46304 | 2/14/19,<br>2/21/19 | $33,764.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor  **Signature Pack, LLC**                                                    Case number *(if known)*  **19-20916**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. **Georgia Power Company**<br>96 Annex<br>Atlanta, GA 30396 | 2/11/19,<br>3/4/19,<br>3/14/19,<br>3/18/19,<br>4/8/19,<br>4/29/19 | $32,324.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.19. **Wilheit Packaging LLC**<br>PO Box 111<br>Gainesville, GA 30503 | 2/22/19,<br>3/4/19 | $28,030.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Amtrust North American**<br>59 Maiden Lane<br>New York, NY 10038 | 2/10/19,<br>3/10/19,<br>4/10/19 | $27,279.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.21. **TQL**<br>4289 Ivy Pointe  Blvd<br>Cincinnati, OH 45245 | 2/14/19 | $24,936.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. **Shane Derek Lee** | 2/11/19,<br>3/4/19,<br>3/18/19,<br>4/15/19,<br>5/7/19 | $23,697.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **Southern Food Broker**<br>196 Bruce Etheredge Parkway<br>Pell City, AL 35128 | 3/12/19 | $18,324.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **John R White Company, Inc.**<br>200 Citation Court Suite 100<br>Birmingham, AL 35209 | 2/11/19 | $17,229.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Genesis Baking Company**<br>211 Woodlawn Avenue<br>Norwalk, OH 44857 | 2/22/19 | $16,723.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Signature Pack, LLC**    Case number *(if known)*    **19-20916**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26. **Murray Brokerage**<br>**684 Woodlands Drive Suite 300**<br>**Maumee, OH 43537** | 3/18/19 | $16,375.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. **Connect Logistics**<br>**3292 Thompson Bridge RD #350**<br>**Gainesville, GA 30506** | 2/14/19 | $15,458.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. **USDA Food Sfty&Inspc. Services**<br>**US Bank- FSIS Lockbox**<br>**PO Box 979001**<br>**Saint Louis, MO 63197** | 3/4/19, 4/1/19 | $14,117.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  USDA Inspection |
| 3.29. **McLain Foods**<br>**100 2nd Avenue South**<br>**Suite 202-S**<br>**Saint Petersburg, FL 33701** | 3/12/19 | $13,371.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **ConAgra Foods**<br>**222 W. Merchandise Mart Plaza**<br>**Suite 1300**<br>**Chicago, IL 60654** | 3/4/19 | $13,009.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **H & D Pallet**<br>**464 Garrison Shoals Rd**<br>**Lula, GA 30554** | 2/11/19,<br>3/4/19,<br>4/1/19,<br>4/29/19 | $11,082.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **Whitehall Specialties**<br>**P.O. Box 74716**<br>**Chicago, IL 60694** | 3/4/19 | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. **ETCON Employment Solutions**<br>**439 E E  Butler Parkway**<br>**Gainesville, GA 30501** | 2/11/19,<br>3/4/19,<br>3/18/19,<br>4/15/19,<br>4/25/19 | $10,769.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Signature Pack, LLC**                                           Case number *(if known)*    **19-20916**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.34. **City of Statham**<br>**PO Box 28**<br>**27 Jefferson Street**<br>**Statham, GA 30666** | **2/14/19,**<br>**3/4/19,**<br>**4/8/19, 5/8/19** | **$10,090.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.35. **Liberty Mutual**<br>**175 Berkeley Street**<br>**Boston, MA 02116** | **2/22/19,**<br>**3/22/19,**<br>**4/22/19** | **$9,163.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.36. **Amanda Jayne Sinnamon** | **3/4/19,**<br>**3/18/19,**<br>**4/15/19** | **$9,093.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.37. **Planned Administrators**<br>**P.O Box 6927**<br>**Columbia, SC 29260** | **2/11/19,**<br>**3/4/19, 4/1/19** | **$8,378.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Insurance** |
| 3.38. **Willie C. Lee Jr.**<br>**332 Stillwater Lane**<br>**Jefferson, GA 30549** | **4/8/19,**<br>**4/15/19,**<br>**5/7/19** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.39. **Hof Haus**<br>**2386 S. Blue Island Avenue**<br>**Chicago, IL 60608** | **3/4/19** | **$7,875.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. **Johnson O'Hare Company, Inc.**<br>**One Progress Road**<br>**Billerica, MA 01821** | **3/4/19** | **$7,740.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.41. **Arthur-Bertel & Assoc. Inc.**<br>**341 JUNGERMANN RD**<br>**Saint Peters, MO 63376** | **4/11/19** | **$7,291.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor __Signature Pack, LLC_____ Case number *(if known)* __19-20916__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.42. **Dahlonega Packaging, Inc.**<br>P.O. Box 936696<br>Atlanta, GA 31193 | 3/12/19 | $6,947.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Chuck McAtee**<br>5876 Highway 129 North, Ste N<br>Pendergrass, GA 30567<br>Manager | 06/05/2018 -<br>1,052.33;<br>06/18/2018 -<br>1,376.28;<br>07/03/2018 -<br>790.78;<br>07/26/2018 -<br>497.71;<br>08/23/2018 -<br>735.93;<br>10/09/2018 -<br>445.91;<br>01/03/2019 -<br>577.73;<br>01/30/2019 -<br>621.95;<br>03/05/2019 -<br>924.50;<br>03/18/2019 -<br>520.10;<br>04/25/2019 -<br>572.30 | $8,115.52 | **Travel and Expense<br>Reimbursements** |
| 4.2. **Gourmet Culinary Solutions LLC**<br>515 Commercial Drive<br>Statham, GA 30666<br>Affiliate | May 11, 2018<br>- May 6, 2019 | $2,857,370.77 | **AP invoice/AR interest** |
| 4.3. **North Georgia Logistics**<br>P O Box 208<br>Pendergrass, GA 30567<br>Affiliate | May 9, 2018 -<br>May 9, 2019 | $335,714.38 | **Freight** |

Debtor    **Signature Pack, LLC**                                      Case number *(if known)* **19-20916**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.    **Tamale Factory, Inc. 2910 Creek Tree Ln Cumming, GA 30041 Member in Signature Food Marketing, LLC** | **05/15/2018 05/31/2018 06/15/2018 06/29/2018 07/15/2018 07/31/2018 08/15/2018 08/31/2018 09/15/2018 09/28/2018 10/15/2018 10/31/2018 11/15/2018** | **$141,577.67** | **Consulting Fees (in the amount of $10,890.50 each)** |
| 4.5.    **Tamale Factory, Inc. 2910 Creek Tree Ln Cumming, GA 30041 Member in Signature Food Marketing, LLC** | **12/03/2018 12/14/2018 12/31/2018 01/14/2019 01/31/2019 02/14/2019 02/28/2019 03/14/2019 03/31/2019 04/15/2019 04/30/2019** | **$125,891.04** | **Redemption of interest in Debtor's parent (in the amount of $11,444.64 each)** |

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **JSO Associates, Inc. v. Signature Pack, LLC, Signature Food Marketing, LLC, Thomas R. Southworth, and Charles E. McAtee 19CV1781** | **Civil** | **US District Court, E.D.N.Y.** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Signature Pack, LLC**                                      Case number *(if known)*   **19-20916**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Versacold USA Inc. v. Signature Pack, LLC**<br>**MV-19-0628** | **Dispossessory** | **Magistrate Court of Jackson County, GA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Family Dollar Services, LLC v Signature Pack, LLC, Signature Food Marketing, LLC and Charles McAtee**<br>**cv-590-rjc-dsc** | **Civil** | **US District Court, W.D.N.C.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **D&H Marketing Group, Inc. v. Signature Food Marketing, LLC et al**<br>**2018-CV-00141** | **Civil** | **US District Court, E.D.N.C.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:      Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:      Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:      Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Signature Pack, LLC**                                   Case number (if known)  **19-20916**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones & Walden, LLC**<br>**21 Eighth Street, NE**<br>**Atlanta, GA 30309** | | **5/8/19** | **$30,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ **None.**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **S. E. Meats**<br>**700 25th Ave. West**<br>**Birmingham, AL 35204** | **Inventory in conjunction with Signature Food Marketing, LLC sale of IP and associated rights related to Signature Pick 5 and Signature Select** | **November 16, 2018** | **$513,300.05** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2. | **Signature Foods Marketing, LLC**<br>**5786 Hwy 129 North**<br>**Suite N**<br>**Pendergrass, GA 30567** | **Inventory sale net proceeds from S.E. Meats deposited into Signature Marketing Account and an escrow hold back account after sale; however, any portion of such funds that were Debtor's were returned by Signature Marketing pursuant to its payment of Debtor's vendors and expenses and direct return of monies to Debtor well in excess of any such funds that were of Debtor.** | **November 16, 2018** | **$203,996.80** |
| | **Relationship to debtor**<br>**100% Member** | | | |
| 13.3. | **SPI Equipment LLC** | **Sale of Fixed Assets/ Hassen Bagger** | **9/20/2018** | **$24,121.70** |
| | **Relationship to debtor**<br>**None** | | | |

Debtor    **Signature Pack, LLC**

Case number *(if known)*  **19-20916**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4 | **WOHL ASSOCIATES, INC** | **Sale of Fixed Assetts/ Waukesha Pump** | **1/24/19** | **$1,350.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.5 | **Absolute Lift Parts Corporation** | **Sale of Fixed Assets/ Yale ERC040/HYSTER E502  LIft** | **4/23/2019** | **$600.00** |
| | **Relationship to debtor**<br>**None** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.

☐ Yes. Fill in below:

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Signature Pack, LLC**                                                    Case number *(if known)*    **19-20916**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Gourmet Culinary Solutions, LLC 515 Commercial Drive Statham, GA 30666 | 86 Jackson Concourse Pendergrass, GA 30567 | Raw materials, packaging, and finished goods | $214,119.88 |
| Owner's name and address | Location of the property | Describe the property | Value |
| Gourmet Culinary Solutions, LLC 515 Commercial Drive Statham, GA 30666 | 5876 Highway 129 North, Ste N Pendergrass, GA 30567 | Raw materials, packaging, and finished goods | $135,901.52 |
| Owner's name and address | Location of the property | Describe the property | Value |
| AIR/Eastern PO Box 2995 Ponte Vedra Beach, FL 32004 | 86 Jackson Concourse Pendergrass, GA 30567 | Inventory owned by customer | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| FoodSourceOne 1663 W. Riverfork Dr. Nixa, MO 65714 | 86 Jackson Concourse Pendergrass, GA 30567 | Inventory owned by customer | Unknown |

Debtor    **Signature Pack, LLC**                                              Case number *(if known)*   **19-20916**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jafco**<br>**890 East Street 2nd Floor**<br>**Tewksbury, MA 01876** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **McLain**<br>**100 2nd Ave. S. Suite 2025**<br>**Saint Petersburg, FL 33701** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **OneSource**<br>**951 Peek Street**<br>**Conyers, GA 30012** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Prime Foods**<br>**PO Box 348**<br>**Roslyn, NY 11576** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Rich Chicks**<br>**13771 S. Gramercy Place**<br>**Gardena, CA 90249** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Seafood Sales**<br>**9957 Moorings Dr., Suite 104**<br>**Jacksonville, FL 32257** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Semper Foods/Lion Dist.**<br>**7000 W. Palmetto Park Rd, Suite 210**<br>**Boca Raton, FL 33433** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Southern Food Broker**<br>**196 Bruce Etheredge Parkway**<br>**Pell City, AL 35128** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Reds All Natural**<br>**131 Third Ave. N. Suite 101**<br>**Franklin, TN 37064** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Synergy**<br>**1239 Mulberry Court**<br>**Murfreesboro, TN 37130** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Coach Joe**<br>**1660 Historic Hwy 441**<br>**Clarkesville, GA 30523** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **SE Meats**<br>**700 25th Avenue West**<br>**Birmingham, AL 35204** | **86 Jackson Concourse**<br>**Pendergrass, GA 30567** | **Inventory owned by customer** | **Unknown** |

| **Part 12:** | **Details About Environment Information** |
|---|---|

| Debtor | **Signature Pack, LLC** | Case number *(if known)*  **19-20916** |
|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Roe CPA, PC**<br>**3460 Summit Ridge Pkwy**<br>**Ste 303**<br>**Duluth, GA 30096** | **approximately 3 years** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

Debtor    **Signature Pack, LLC**                                          Case number *(if known)*  **19-20916**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    **Renasant Bank**
       **3333 Peachtree Road**
       **Suite M-10**
       **Atlanta, GA 30326**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Jerry Collins** | **4/30/2019** | **$565,969.67 / average cost** |

| Name and address of the person who has possession of inventory records |
|---|
| **Jerry Collins** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tom Southworth** | **5876 Highway 129 North, Ste N Pendergrass, GA 30567** | **President/Manager** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Chuck McAtee** | **5876 Highway 129 North, Ste N Pendergrass, GA 30567** | **CEO/Manager** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Signature Food Marketing, LLC** | **5786 Hwy 129 North, Ste N Pendergrass, GA 30567** | **Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **Signature Pack, LLC**                                   Case number *(if known)*  **19-20916**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

☑  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Chuck McAtee**<br>**5876 Highway 129 North, Ste N**<br>**Pendergrass, GA 30567** | **$230,118.08** | **May 11, 2018 - May 8, 2019** | **Salary** |
| | Relationship to debtor<br>**Manager** | | | |
| 30.2. | **Tom Southworth**<br>**5876 Highway 129 North, Ste N**<br>**Pendergrass, GA 30567** | **$93,682.72** | **May 11, 2018 - May 8, 2019** | **Salary** |
| | Relationship to debtor<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No

☑  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Signature Food Marketing, LLC** | **EIN:**     **XX-XXX6521** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑  No

☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __May 31, 2019__

__/s/ Chuck McAtee__                                    **Chuck McAtee**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Signature Pack, LLC**

Debtor(s)

Case No.    **19-20916**

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Signature Food Marketing, LLC**<br>**5786 Hwy 129 North**<br>**Suite N**<br>**Pendergrass, GA 30567** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 31, 2019**

Signature   **/s/ Chuck McAtee**

**Chuck McAtee**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.