**IT IS ORDERED as set forth below:**



**Date: June 7, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**SIGNATURE PACK, LLC**<br><br>**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-20916-JRS** |

### ORDER AND NOTICE ESTABLISHING AUGUST 9, 2019
### AS THE DEADLINE FOR FILING PROOFS OF CLAIM AND INTERESTS

Debtor filed its "*Motion to Establish Bar Date for Filing Proofs of Claims*" (Doc. No. 59) on June 4th, 2019 (the "Motion"). In the Motion, Debtor requests entry of an order establishing the deadline for creditors and parties-in-interest asserting claims or interests arising prior to May 9, 2019 ("Petition Date") to file proofs of claim. After reviewing the Motion and based upon the representations contained therein, the Court concludes that sufficient cause exists to grant the Motion. Accordingly, it is hereby:

**ORDERED** and **NOTICE** IS HEREBY GIVEN that each creditor and party in interest who seeks to prove a claim[1] against Debtor, Debtor's property or the estate including, but not limited to, any claim secured by a lien, security interest, or encumbrance against Debtor's property and any claim arising from the rejection of an executory contract or unexpired lease

---

[1] "Claim" is defined in 11 U.S.C. §101(5).

which is required under the Bankruptcy Code to be filed in this case, **shall file a proof of claim or interest with:**

> Clerk, U.S. Bankruptcy Court
> 121 Spring Street SE, Room 120
> Gainesville, GA 30501

**on or before August 9, 2019** (the "Bar Date"). Proofs of claim filed electronically may be filed up to 11:59:59 p.m. All other proofs of claim must be filed by delivery to the Clerk's Office **before 4:00 p.m**.

11 U.S.C. §1111 provides that a proof of claim is deemed filed for any claim which appears in the Schedules except any claim scheduled as disputed, contingent or unliquidated as to amount. The Schedules of Debtor were filed with the Court. The Schedules may be examined at the Office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online at *http://ecf.ganb.uscourts.gov* (registered users) or at ***http://pacer.psc.uscourts.gov*** (unregistered users). Any creditor or party-in-interest whose claim is set forth in the Schedules in the correct amount and is not shown as disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Unless barred by previous order of the Bankruptcy Court**, creditors and parties-in-interest whose claims are not scheduled, are scheduled in an incorrect amount or are scheduled as disputed, contingent or unliquidated** and who desire to participate in the case and share in any distribution **must file proofs of claim on or before the Bar Date**. If the Schedules are unclear as to whether your claim is disputed, contingent, unliquidated or incorrect as to amount or if your claim is otherwise improperly scheduled, you must file a proof of claim on or before the Bar Date. Any creditor and any party-in-interest who desire to rely on the Schedules has the duty to determine whether the claim is accurately listed.

**Pursuant to the terms of this order**, **any creditor and any party-in-interest whose is required to file a proof of claim and who fails to do so by the above deadline may be forever barred, estopped and enjoined from asserting the claim against Debtor and this estate and may be barred from participating in any plan that may be confirmed in this Chapter 11 proceeding.**

Any claim that arises from the rejection of an executory contract or unexpired lease after the date of this Order but prior to the entry of an order confirming a place of reorganization for Debtor must be filed within thirty (30) days from the date of entry of the Order rejecting the

contract or lease; in no event, however, shall the deadline set forth in this paragraph be earlier than the Bar Date.

Debtor shall serve this Order and Notice upon all creditors, parties in interest, and those persons who have filed a request for notices in this case within three business days of its entry.

### End of Order

Prepared by:
**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
lpineyro@joneswalden.com

### DISTRIBUTION LIST:

Leslie M. Pineyro, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303