**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | **CHAPTER 11** |
| **SIGNATURE PACK, LLC,** | |
| **Debtor.** | **CASE NO. 19-20916-JRS** |

**AMENDMENT TO SCHEDULE E/F AND SUMMARY OF SCHEDULES**

COMES NOW Signature Pack, LLC, Debtor in the above-styled Chapter 11 Bankruptcy

Case and amends its Schedule E/F and respectfully shows the Court as follows:

Schedules E/F. Debtor hereby substitutes Schedule E/F which is attached hereto in lieu of

any such Schedule E/F previously filed to amend the amount of Connect Logistics' claim.

Summary of Schedules.  Debtor hereby substitutes its Summary of Schedules which is

attached hereto in lieu of any such Summary of Schedules previously filed.

Except as expressly amended herein, all information set forth in the Debtor's Petition,

Schedules, and Statement of Financial Affairs remains true and correct and is adopted herein.

RESPECTFULLY SUBMITTED this 5th day of August, 2019.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
lpineyro@joneswalden.com
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300 Telephone
(404) 564-9301 Facsimile
Attorney for Debtor

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing Amendment and that the same is true and correct to the best of my knowledge, information and belief.

Date: August 5, 2019

Signature Pack, LLC

/s/

Charles McAtee, Manager

**Fill in this information to identify the case:**

Debtor name __**Signature Pack, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**19-20916**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................   $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................   $ _____1,478,089.45

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................   $ _____1,478,089.45

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $ _____1,357,943.89

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................   +$ _____4,049,663.50

4.   Total liabilities .........................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ _____5,407,607.39

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Signature Pack, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **19-20916** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Byung J Park, US Attorney**<br>**600 Richard B Russell Building**<br>**75 Ted Turner Drive, SW**<br>**Atlanta, GA 30303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Department of Justice, Tax Div**<br>**Civil Trial Section, Southern**<br>**P.O. Box 14198, Ben Franklin**<br>**Washington, DC 20044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    35745    Best Case Bankruptcy

| Debtor | Signature Pack, LLC | | Case number (if known) | 19-20916 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Labor**
**Mark Butler, Commissioner**
**148 Andew Young Int. Ste 900**
**Atlanta, GA 30303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**Compliance Division**
**1800 Century Blvd, Ste 16102**
**Atlanta, GA 30345-3205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Central Insolvency Office**
**401 W. Peachtree St., NW**
**Atlanta, GA 30308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jackson Co. Tax Assessor**
**67 Athens Street**
**Jefferson, GA 30549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lynne Riley**
**State of Georgia Revenue Commi**
**1800 Century Blvd, N.E.**
**Atlanta, GA 30345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office Of the Chief Co. IRS**
**1111 Constitution Ave**
**Washington, DC 20224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ohio Department of Taxation**
**4485 Northland Ridge Blvd**
**Columbus, OH 43229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Secretary of the Treasury**
**15th & Pennsylvania Ave, NW**
**Washington, DC 20200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Ave NW**
**Washington, DC 20350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,588.74 |
|---|---|---|---|

**1st Mechanical Services, Inc.**
**303 Curie Drive**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $903.42 |
|---|---|---|---|

**3M**
**PO Box 844127**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A J Letizio**
**Fifty-five Enterprise Dr**
**Windham, NH 03087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notice only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,433.61 |
|---|---|---|---|

**AAA Scales & Systems**
**3212 Harmony Church Road**
**Gainesville, GA 30507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,952.56 |
|---|---|---|---|

**ACOSTA**
**PO Box 281996**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $679.46 |
|---|---|---|---|

**Advanced Marketing Concepts**
2717 W. Southern Ave Ste. 1
Tempe, AZ 85282

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,251.69 |
|---|---|---|---|

**AIRGAS SAFETY**
PO BOX 532609
Atlanta, GA 30353

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,989.27 |
|---|---|---|---|

**Ambassador Sanitation Mngmnt**
PO Box 2057
Thomasville, GA 31799

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $363,748.51 |
|---|---|---|---|

**Amer. Express Corporate Card**
PO Box 1270
Newark, NJ 07101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373,906.47 |
|---|---|---|---|

**Americold**
25586  Network Place
Chicago, IL 60673

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,381.25 |
|---|---|---|---|

**AMSPAK**
P.O. Box 2225
Hartsville, SC 29551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,735.71 |
|---|---|---|---|

**Aramark**
P.O Box 731676
Dallas, TX 75373

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | Signature Pack, LLC | | Case number (if known) | 19-20916 |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,458.00 |
|---|---|---|---|
| | **Arrow Lines Services Inc.**<br>**PO Box 1298**<br>**Gainesville, GA 30503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|
| | **Associated Brokers, Inc.**<br>**4777 Aviation Parkway Suite K**<br>**Atlanta, GA 30349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.81 |
|---|---|---|---|
| | **Athens Material Handling**<br>**316 Commerce Blvd**<br>**PO Box 6685**<br>**Athens, GA 30604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|
| | **Atlantic Pit Service, Inc.**<br>**P.O Box 837**<br>**Lawrenceville, GA 30046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|
| | **Automatic Protection Services**<br>**4655 Canton Rd**<br>**Marietta, GA 30066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|
| | **Baker Donelson**<br>**3414 Peachtree Road NE**<br>**Suite 1600**<br>**Atlanta, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,080.34 |
|---|---|---|---|
| | **Bankcard Center**<br>**P.O. Box 71205**<br>**Charlotte, NC 28272** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address
**Bell, Davis, & Pitt, P.A.**
PO Box 21029
Winston Salem, NC 27120

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,018.75

---

**3.21** | Nonpriority creditor's name and mailing address
**Big Daddy Foods Inc**
PO Box 19974
Houston, TX 77224

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$25,845.60

---

**3.22** | Nonpriority creditor's name and mailing address
**Campbell Sales & Service, Inc**
P.O. Box 488
Athens, GA 30603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$4,022.70

---

**3.23** | Nonpriority creditor's name and mailing address
**Champion Foods, Inc**
9516 Waterford Rd
Jacksonville, FL 32257

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$94,304.80

---

**3.24** | Nonpriority creditor's name and mailing address
**Chastains Janitorial Supply**
1630 MLK Jr. Blvd
Gainesville, GA 30501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

$90.00

---

**3.25** | Nonpriority creditor's name and mailing address
**ChemStation of Alabama**
3021 Dublin Circle
Bessemer, AL 35020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,228.36

---

**3.26** | Nonpriority creditor's name and mailing address
**Christopher Carr**
Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Clay Daniel**
P.O Box 434
Bogart, GA 30622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.64** |
|---|---|---|---|

**Combined Worksite Solutions**
5277 Payshere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,972.00** |
|---|---|---|---|

**Connect Logistics**
3292 Thompson Bridge RD #350
Gainesville, GA 30506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$507.57** |
|---|---|---|---|

**Continental Carbonic Products**
DEPT 3833 PO Box 123833
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$637.24** |
|---|---|---|---|

**Cooling & Applied Tech, Inc**
P.O. BOX 772998
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,995.48** |
|---|---|---|---|

**CROSSLEY McINTOSH HANLEY &EDES**
5002 Randall Parkway
Wilmington, NC 28403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,207.64** |
|---|---|---|---|

**Crown Lift Trucks**
PO Box 641173
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.62 |
|---|---|---|---|

**CSS Polymers Inc.**
**3482 Keith Bridge Rd Suite 294**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,674.55 |
|---|---|---|---|

**Dahlonega Packaging, Inc.**
**P.O. Box 936696**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dollar General Market**
**P.O. Box 1087**
**Goodlettsville, TN 37072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  For notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696.72 |
|---|---|---|---|

**Dunlap Stainless**
**2905 Ramsey Rd**
**Gainesville, GA 30507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.22 |
|---|---|---|---|

**Eco-Lab**
**24198 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.19 |
|---|---|---|---|

**Electronic Motors Co. Inc.**
**7705 Hwy 29 South**
**Hull, GA 30646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,867.99 |
|---|---|---|---|

**ETCON Employment Solutions**
**439 E E  Butler Parkway**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$590,000.00** |
|---|---|---|---|

**Family Dollar Services, LLC**
**10401 Monroe Road**
**Wilmington, DE 19808**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$645.00** |
|---|---|---|---|

**Farr Electric Inc.**
**4673 East Hall Rd.**
**Gainesville, GA 30507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,308.75** |
|---|---|---|---|

**Food & Dairy Research Assoc.s**
**PO Box 608**
**Commerce, GA 30529**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Forester Roller Company, Inc**
**P O Box 2067**
**Lawrenceville, GA 30046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,501.60** |
|---|---|---|---|

**Fortis Solutions Group, LLC**
**5362 McEver Road**
**Flowery Branch, GA 30542**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,599.36** |
|---|---|---|---|

**Genesis Baking Company**
**211 Woodlawn Avenue**
**Norwalk, OH 44857**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$692.24** |
|---|---|---|---|

**GIX Logistics, Inc.**
**P.O. Box 1845**
**Grand Island, NE 68802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,882.50** |
|---|---|---|---|
| | **Glacier Sales, Inc**<br>**P.O. Box 2646**<br>**Yakima, WA 98907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Global Coordination**<br>**2625 N Cage Blvd**<br>**Pharr, TX 78577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _For notice only_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,944.00** |
|---|---|---|---|
| | **Gold Standard Baking**<br>**3700 S. Kedzie Ave.**<br>**Chicago, IL 60632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,252.00** |
|---|---|---|---|
| | **Goodsource**<br>**3115 Melrose Dr. Suite 160**<br>**Carlsbad, CA 92010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,215.91** |
|---|---|---|---|
| | **Gourmet Culinary Solutions LLC**<br>**Attn: Lee Turner, RA**<br>**5786 US Highway 129 N, Suite N**<br>**Pendergrass, GA 30567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$715.00** |
|---|---|---|---|
| | **Graphic Packaging**<br>**PO Box 404170**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$309.95** |
|---|---|---|---|
| | **Green Guard First Aid & Safety**<br>**3499 Rider Trail South**<br>**Earth City, MO 63045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,475.00** |
|---|---|---|---|

**H & D Pallet**
**464 Garrison Shoals Rd**
**Lula, GA 30554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135.83** |
|---|---|---|---|

**Heat and Control, Inc**
**21121 Cabot Blvd Hayward**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Hollis Transport**
**4515 Cantrell Rd.**
**Flowery Branch, GA 30542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,874.65** |
|---|---|---|---|

**Horizon Packaging**
**6248 Ringgold Road**
**Chattanooga, TN 37412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,143.77** |
|---|---|---|---|

**HUMANA HEALTH PLAN INC.**
**P O BOX 3225**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,441.98** |
|---|---|---|---|

**Hygiena**
**Attn: Accounts Receivable**
**File 2007 1801 W Olympic Blvd**
**Pasadena, CA 91199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$267.73** |
|---|---|---|---|

**Infusion Sales Group**
**2928 Walden Avenue**
**Depew, NY 14043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,459.43 |
|---|---|---|---|

**John R White Company, Inc.**
**200 Citation Court Suite 100**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,856.00 |
|---|---|---|---|

**Johnson O'Hare Company, Inc.**
**One Progress Road**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,065.25 |
|---|---|---|---|

**JSO Associates Inc.**
**17 Maple Drive**
**Great Neck, NY 11021**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380,384.80 |
|---|---|---|---|

**Kudzu Valley Farm**
**PO Box 922**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,876.60 |
|---|---|---|---|

**Lake Foods, LLC**
**355 Industrial Park Rd**
**Hartwell, GA 30643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,683.73 |
|---|---|---|---|

**Linde LLC**
**88718 Expedite Way**
**Chicago, IL 60695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.00 |
|---|---|---|---|

**LogoSurfing Promtnal Products**
**2518 Oak Valley Lane**
**Dacula, GA 30019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | **$88,423.00**

**M&J Foods**
**Attn: Michael Zimmer, RA**
**1289 Bennett Pl**
**The Villages, FL 32162**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | **$4,186.96**

**Machinery Support**
**PO Box 28**
**Moore, SC 29369**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | **$1,438.47**

**Mallard Marketing**
**4027 Clearwell**
**Amarillo, TX 79109**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | **$344.64**

**Manning Brothers**
**P.O Box 162138**
**Atlanta, GA 30321**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | **$5,331.76**

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | **$53,739.39**

**Messer LLC**
**88718 Expedite Way**
**Chicago, IL 60695**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | **$147,996.97**

**Monogram Food Solutions, LLS**
**P.O. Box 71400**
**Chicago, IL 60694**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Signature Pack, LLC | | Case number (if known) | 19-20916 |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.68 |
|---|---|---|---|
| | **Murray Brokerage**<br>**684 Woodlands Drive Suite 300**<br>**Maumee, OH 43537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.01 |
|---|---|---|---|
| | **Nordson**<br>**PO Box 802586**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,820.30 |
|---|---|---|---|
| | **North Georgia Logistics**<br>**P O Box 208**<br>**Pendergrass, GA 30567** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,316.29 |
|---|---|---|---|
| | **North Georgia Propane, Inc.**<br>**PO Box 1518**<br>**Gainesville, GA 30503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,709.80 |
|---|---|---|---|
| | **Northeast Food Marketing**<br>**30 Myano Lane Suite 30**<br>**Stamford, CT 06902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,708.59 |
|---|---|---|---|
| | **Northern Safety & Industrial**<br>**PO Box 4250**<br>**Utica, NY 13504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,791.46 |
|---|---|---|---|
| | **NW French and Associates**<br>**1502 1st  Avenue North**<br>**Fargo, ND 58102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Signature Pack, LLC** | Case number (if known) | 19-20916 |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.87 |
|---|---|---|---|
| | **Pack Rite Div Mettler-Toledo** <br> **PO Box 730867** <br> **Dallas, TX 75373** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,350.54 |
|---|---|---|---|
| | **Pacmac, Inc** <br> **P.O. Box 360** <br> **Fayetteville, AR 72702** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,182.39 |
|---|---|---|---|
| | **Paragon Food Group, LLC** <br> **Carl Perry** <br> **345 Rae's Creek Drive** <br> **Greenville, SC 29609** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $228.40 |
|---|---|---|---|
| | **Peach State Fire, Inc.** <br> **626 Industrial Blvd** <br> **Gainesville, GA 30501** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $167,569.00 |
|---|---|---|---|
| | **Penobscot McCrum LLC** <br> **PO Drawer 229** <br> **Belfast, ME 04915** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,111.97 |
|---|---|---|---|
| | **Perimeter Marketing Inc.** <br> **P O Box 1167** <br> **Waxhaw, NC 28176** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $673.42 |
|---|---|---|---|
| | **Piedmont National Corp** <br> **PO Box 890938** <br> **Charlotte, NC 28289** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122,520.00** |
|---|---|---|---|

**Pilgrim's Pride Corporation**
P.O. Box 809225
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,435.07** |
|---|---|---|---|

**Pioneer Meat Brokerage, Inc.**
P O BOX 8047
Edmond, OK 73083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,751.18** |
|---|---|---|---|

**Planned Administrators**
P.O Box 6927
Columbia, SC 29260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Pratt Recycling**
PO Box 933949
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,736.10** |
|---|---|---|---|

**Ralf Jeffy Green**
2295 Skylark Drive
Alexander City, AL 35010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.52** |
|---|---|---|---|

**RAM Inc**
2090 Columbiana Road
Suite 2600
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Randstad North America, Inc.**
PO Box 742689
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Signature Pack, LLC** | | Case number (if known) | **19-20916** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,961.38 |
|---|---|---|---|
| | **Reese Group**<br>PO Box 40423<br>**Nashville, TN 37204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,637.00 |
|---|---|---|---|
| | **Reliable Transport. Solutions**<br>PO Box 507<br>**Amelia, OH 45102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.44 |
|---|---|---|---|
| | **RG Marketing & Consulting**<br>1716 S San Marcos St. 107<br>**San Antonio, TX 78207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,786.16 |
|---|---|---|---|
| | **RJS Sales & Marketing**<br>PO BOX 62048<br>**Cincinnati, OH 45262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,557.97 |
|---|---|---|---|
| | **Romer Labs**<br>**Department RL**<br>**P.O Box 66971**<br>**Saint Louis, MO 63166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $409.68 |
|---|---|---|---|
| | **Rouses Market**<br>P O BOX 5358<br>**Thibodaux, LA 70302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,696.40 |
|---|---|---|---|
| | **S. E. Meats**<br>700 25th Ave. West<br>**Birmingham, AL 35204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369.00** |
|---|---|---|---|

**Scherzer and Associates**
**8801 Ballentine Street #100**
**Overland Park, KS 66214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130,395.68** |
|---|---|---|---|

**Seabrook Brothers & Sons**
**P O Box 781405**
**Philadelphia, PA 19178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,959.00** |
|---|---|---|---|

**Sherwood Food Distributors-ATL**
**5400 Fulton Industrial Blvd**
**Atlanta, GA 30336**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Signature Food Marketing, LLC**
**5876 Highway 129 North, Ste N**
**Pendergrass, GA 30567**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,926.20** |
|---|---|---|---|

**Southeastern Paper Co.**
**PO BOX 890671**
**Charlotte, NC 28289**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,503.51** |
|---|---|---|---|

**Southern Food Broker**
**196 Bruce Etheredge Parkway**
**Pell City, AL 35128**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,029.50** |
|---|---|---|---|

**Stiles Heating and Cooling,Inc**
**140 Ben Burton Road**
**Bogart, GA 30622**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number *(if known)* | **19-20916** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,874.85** |
| | **Strategic Industries** | ☐ Contingent | |
| | **PO Box 2576** | ☐ Unliquidated | |
| | **Alpharetta, GA 30023** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,321.41** |
| | **Summit Marketing Partners** | ☐ Contingent | |
| | **401 Hall Street SW Suite 289** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49503** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,196.00** |
| | **Sun Mark Foods Ltd.** | ☐ Contingent | |
| | **PO Box 1294** | ☐ Unliquidated | |
| | **Madison, NJ 07940** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,255.20** |
| | **SupplyOne, Inc. Atlanta** | ☐ Contingent | |
| | **IPC Collection Account** | ☐ Unliquidated | |
| | **PO Box 740438** | ☐ Disputed | |
| | **Atlanta, GA 30374** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,814.00** |
| | **Tasty Breads International** | ☐ Contingent | |
| | **9445 Fullerton Avenue** | ☐ Unliquidated | |
| | **Franklin Park, IL 60131** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,307.76** |
| | **Tennessee Bun Co.** | ☐ Contingent | |
| | **2975 Armory Dr.** | ☐ Unliquidated | |
| | **Nashville, TN 37204** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,891.60** |
| | **The Food Exchange** | ☐ Contingent | |
| | **5650 El Camino Real, Suite 220** | ☐ Unliquidated | |
| | **Carlsbad, CA 92008** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,389.81** |
|---|---|---|---|

**TNT**
**701 Industrial Drive**
**Perryville, MO 63775**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,282.55** |
|---|---|---|---|

**Tom Southworth**
**5876 Highway 129 North, Ste N**
**Pendergrass, GA 30567**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,916.18** |
|---|---|---|---|

**Top Notch Personnel**
**P.O Box 464730**
**Lawrenceville, GA 30042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,316.85** |
|---|---|---|---|

**Triangle Sales and Marketing**
**120 Marguerite Drive Suite 200**
**Cranberry Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,197.66** |
|---|---|---|---|

**ULINE**
**Attn: Accounts Receivable**
**PO BOX 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**US Waste & Recycling, Inc.**
**P.O. Box 420825**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,763.00** |
|---|---|---|---|

**USA Logistics, Inc**
**P.O. Box 2977**
**Chesterton, IN 46304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Signature Pack, LLC** | Case number (if known) | **19-20916** |
|---|---|---|---|
| | Name | | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,361.33** |
|---|---|---|---|

**USDA Food Sfty&Inspc. Services**
**US Bank- FSIS Lockbox**
**PO Box 979001**
**Saint Louis, MO 63197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,045.55** |
|---|---|---|---|

**Veritiv Operating Company**
**P.O. Box 409884**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$971.88** |
|---|---|---|---|

**VideoJet Technologies**
**12113 Collection Center Dr**
**Federal ID# 36-2822116**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,955.35** |
|---|---|---|---|

**Waste Pro**
**1405 Danielsville Rd**
**Athens, GA 30601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$622.08** |
|---|---|---|---|

**Weldon Provisions LLC**
**2943 W Encelia Ct**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**Attn: C. Allen Parker, CEO**
**101 N. Phillips Avenue**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,155.38** |
|---|---|---|---|

**Whitehall Specialties**
**P.O. Box 74716**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Signature Pack, LLC | Case number (if known) | 19-20916 |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,513.26 |
|---|---|---|---|

**Wilheit Packaging LLC**
**PO Box 111**
**Gainesville, GA 30503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.00 |
|---|---|---|---|

**William T. Porter**
**1160 River Run**
**Bishop, GA 30621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,617.52 |
|---|---|---|---|

**Williams Country Sausage**
**5132 Old Troy-Hickman Road**
**Union City, TN 38261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Winkler-IHM**
**P O Box 68**
**Dale, IN 47523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: For notice only

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,737.59 |
|---|---|---|---|

**Yamato Corporation Dataweigh**
**PO Box 206185**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,049,663.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,049,663.50 |

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

IN RE:

**SIGNATURE PACK, LLC,**

    **Debtor.**

**CHAPTER 11**

**CASE NO. 19-20916-JRS**

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Amendment to Schedule E/F and Summary of Schedules* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- Griffin B. Bell     gbb@gb3pc.com; dts@gb3pc.com;admin@gb3pc.com;
- Sam G. Bratton     sbratton@dsda.com; kstratton@dsda.com; dbkirk@dsda.com;
- David A. Garland     dgarland@mcdr-law.com; hjohnson@mcdr-law.com;
- Lee B. Hart     lee.hart@nelsonmullins.com; ayo.uboh@nelsonmullins.com;
- Sean C. Kulka     sean.kulka@agg.com;
- Leah Fiorenza McNeill     Leah.Fiorenza@bclplaw.com; b.lyle@bclplaw.com;
- Office of the United States Trustee     ustpregion21.at.ecf@usdoj.gov;
- Stephan A. Ray     sray@mcdr-law.com; hjohnson@mcdr-law.com;
- Michael D. Robl     michael@roblgroup.com
- Andres H. Sandoval     andres.sandoval@usdoj.gov; charlie.cromwell@usdoj.gov; Larissa.selchenkova@usdoj.gov;
- Shayna M. Steinfeld     shayna@steinfeldlaw.com;
- Thomas R. Walker     thomas.walker@fisherbroyles.com; and
- David S. Weidenbaum     david.s.weidenbaum@usdoj.gov.


This 5th day of August, 2019.

                    **JONES & WALDEN, LLC**

                    */s/ Leslie M. Pineyro*
                    Leslie M. Pineyro
                    Georgia Bar No. 969800
                    lpineyro@joneswalden.com
                    21 Eighth Street, NE
                    Atlanta, Georgia 30309
                    (404) 564-9300 Telephone
                    (404) 564-9301 Facsimile
                    Attorney for Debtor

3