**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**SIGNATURE PACK, LLC,**<br><br>        Debtor. | **CHAPTER 11**<br><br>**CASE NO. 19-20916-JRS** |

**NOTICE OF DEBTOR'S MOTION REQUESTING ENTRY OF ORDER
EXTENDING DEBTOR'S EXCLUSIVE PERIOD TO FILE A PLAN,
DEADLINE TO OBJECT, AND FOR HEARING**

PLEASE TAKE NOTICE that on November 21, 2019, Signature Pack, LLC ("Debtor") filed a *Motion Requesting Entry of Order Extending Debtor's Exclusive Period to File a Plan* (the "Motion"). Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within 21 days. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at United States Bankruptcy Court, 121 Spring St. SE, Room 120, Gainesville, Georgia 30501, and serve a copy on the movant's attorney, Jones & Walden, LLC, Attn: Leslie M. Pineyro, 21 Eighth Street, NE, Atlanta, Georgia 30309, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for December 17, 2019 at 1:30 p.m., in Courtroom 1404, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. *This hearing is being set in Atlanta on a Gainesville division case.* If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

This 21st day of November, 2019

                                          **JONES & WALDEN, LLC**

                                          */s/ Leslie M. Pineyro*
                                          Leslie M. Pineyro
                                          Georgia Bar No. 969800
                                          21 Eighth Street, NE
                                          Atlanta, Georgia 30309
                                          (404) 564-9300
                                          Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**SIGNATURE PACK, LLC,**<br><br>　　　　Debtor. | **CHAPTER 11**<br><br>**CASE NO. 19-20916-JRS** |

**MOTION REQUESTING ENTRY OF ORDER EXTENDING
<u>DEBTOR'S EXCLUSIVE PERIOD TO FILE A PLAN</u>**

COMES NOW Signature Pack, LLC ("Debtor"), by and through the undersigned counsel, and hereby files this "Motion Requesting Entry of Order Extending Debtor's Exclusive Period to File a Plan" ("Motion"). Pursuant to § 1121 of the Bankruptcy Code, Debtor seeks an extension of the time during which the Debtor has the exclusive right to propose and solicit acceptance of a plan.  In support of the Motion, Debtor shows the Court as follows:

1.　　On May 9, 2019, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101 et seq. ("Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division ("Court").

2.　　Debtor is a Georgia limited liability company. Debtor operates a food processing and packing business with its principal place of business located at 5786 Highway 129 North, Pendergrass, Georgia 30567 (the "Business").

3.　　Debtor continues to operate its business and manage its affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

4.　　The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

5.　　Bankruptcy Code Section 1121(b) grants a debtor the exclusive right to file a plan within the first 120 days after the Petition Date. 11 U.S.C. § 1121(b) and (c). The Court may extend the exclusivity period for cause. 11 U.S.C. § 1121(d)(1).

6. Pursuant to order of this Court (Doc. No. 135), Debtor's exclusive time within which to propose a plan expires on December 5, 2019, and Debtor's exclusive time within which to solicit acceptance or rejection of such a plan expires on February 7, 2020 (collectively the "Exclusive Period").

7. Debtor is exploring the sale of its assets, and is in active discussions regarding the same. Debtor anticipates either (1) filing a motion to sell its material assets or (2) filing a plan of reorganization on or by January 28, 2020.

8. Debtor requests that the Exclusive Period to file a plan be extended through and including January 28, 2020 and the Exclusive Period to solicit acceptance or rejection of such plan be extended through March 30, 2020. Debtor shows that extending the exclusivity deadline is appropriate. This request is made prior to expiration of the current deadline. Debtor is in the process of finalizing its plan and analyzing the possibility of selling all or part of Debtor's business. Thus, extending the exclusive period for filing and soliciting of a plan is fair and equitable in this instance.

WHEREFORE, Debtor requests that the Court enter an order: (a) granting the Motion, (b) extending the Debtor's Exclusive Period and exclusive rights under Section 1121 of the Bankruptcy Code to file a plan through and including January 28, 2020, (c) extending the Exclusive Period to solicit acceptance or rejection of such plan through March 30, 2020, and (d) granting such other and further relief as is deemed just and proper.

Respectfully submitted this 21st day of November, 2019

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**SIGNATURE PACK, LLC,**<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 19-20916-JRS |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion Requesting Entry of Order Extending Debtor's Exclusive Period to File a Plan* (the "Motion") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Motion to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Griffin B. Bell**    gbb@gb3pc.com, dts@gb3pc.com;admin@gb3pc.com
- **Frederic S. Beloin**    fbeloin@beloinlaw.com, jkuhar@beloinlaw.com
- **Sam G. Bratton**    sbratton@dsda.com, kstratton@dsda.com;dbkirk@dsda.com
- **David A. Garland**    dgarland@mcdr-law.com, dgarland@mcdr-law.com;hjohnson@mcdr-law.com
- **Lee B. Hart**    lee.hart@nelsonmullins.com, ayo.uboh@nelsonmullins.com
- **Sean C. Kulka**    sean.kulka@agg.com
- **Leah Fiorenza McNeill**    Leah.Fiorenza@bclplaw.com, b.lyle@bclplaw.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **Stephan A. Ray**    sray@mcdr-law.com, hjohnson@mcdr-law.com
- **Michael D. Robl**    michael@roblgroup.com
- **Andres H. Sandoval**    andres.sandoval@usdoj.gov, charlie.cromwell@usdoj.gov;Larissa.selchenkova@usdoj.gov
- **Shayna M. Steinfeld**    shayna@steinfeldlaw.com
- **Thomas R. Walker**    thomas.walker@fisherbroyles.com
- **David S. Weidenbaum**    david.s.weidenbaum@usdoj.gov
- **David A. Wender**    david.wender@alston.com

I further certify that I served a true and correct copy of the Motion on all parties referenced below via United States First Class Mail postage prepaid.

Ambassador Sanitation Mngmnt
P.O. Box 2057
Thomasville, GA 31799

Americold
25586 Network Place
Chicago, IL 60673

Family Dollar Services, LLC
10401 Monroe Road
Matthews, NC 28105

American Express Corporate Card
P.O. Box 1270
Newark, NJ 07101

Champion Foods, Inc.
9516 Waterford Rd
Jacksonville, FL 32257

Genesis Baking Company
211 Woodlawn Avenue
Norwalk, OH 44857

Family Dollar Services, LLC
c/o Marc Metcalf
Sr. Counsel, Commercial & General Litigation
500 Volvo Parkway
Chesapeake, VA 23320-1604

Linde LLC
88718 Expedite Way
Chicago, IL 60695

Messer LLC
88718 Expedite Way
Chicago, IL 60695

Penobscot McCrum LLC
Anthony J. Manhart, Esq.
Preti Flaherty, LLP
P.O. Box 9546
Portland, ME 04112-9546

S.E. Meats
700 25th Ave. West
Birmingham, AL 35204

Southeastern Paper Co.
P.O. Box 890671
Charlotte, NC 28289

TNT
701 Industrial Drive
Perryvilla, MO 63775

JSO Associates Inc.
17 Maple Drive
Great Neck, NY 11021

Kudzu Valley Farm
P.O. Box 922
Oakwood, GA 30566

M&J Foods
Attn: Michael Zimmer, Registered Agent
1289 Bennett Pl
The Villages, FL 32162

Monogram Food Solutions, LLS
P.O. Box 71400
Chicago, IL 60694

Pilgrim's Pride Corporation
P.O. Box 809225
Chicago, IL 60680

Seabrook Brothers & Sons
P.O. Box 781405
Philadelphia, PA 19178

Southern Food Broker
Attn: Lance Watkins
196 Bruce Etheredge Parkway
Pell City, AL 35128

Wilheit Packaging, LLC
P.O. Box 111
Gainesville, GA 30503

Champion Foods, Inc.
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209-4518

S.E. Meats, Inc.
Marc P. Solomon
Burr & Forman LLP
420 N 20th St, Ste 3400
Birmingham, AL 35203

    This 21st day of November, 2019.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
(404) 564-9301 Facsimile