**IT IS ORDERED as set forth below:**



**Date: January 27, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**SIGNATURE PACK, LLC,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO.   19-20916-JRS** |

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT
WITH JSO ASSOCIATES, INC.**

This matter is before the Court on the Debtor's *Motion to Approve Settlement Agreement With JSO Associates, Inc.* (Doc. No. 156) (the "JSO Motion[1]").

A hearing on the JSO Motion was held on January 23, 2020, at 1:30 p.m. (the "Hearing). At the Hearing, Leslie Pineyro appeared on behalf of the Debtor. Lee Hart appeared on behalf of Renasant Bank. Shayna Steinfeld appeared on behalf of JSO Associates, Inc. and announced her client's consent

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to the same in the JSO Motion.

1

to the JSO Motion. Sean Kulka appeared on behalf of Versacold USA, Inc.

Based upon the Court's review of the record in this case, including without limitation the JSO Motion and upon consideration of the statements and arguments of counsel presented at the Hearing, and there being good, sufficient and timely notice of the JSO Motion and the related hearings to all parties in interest, and after due deliberation and there being good cause for the relief sought through the JSO Motion, the Court hereby FINDS that the JSO Motion should be granted.  Accordingly, it is hereby ORDERD THAT:

1. The JSO Motion is hereby GRANTED;

2. The Settlement proposed in the Settlement Agreement is approved.

3. Debtor and JSO are authorized to enter into the Settlement Agreement and take such action as necessary to effectuate the terms of the Settlement Agreement, including Debtor paying the Settlement Payment at a Closing as contemplated by the Sale Motion.

4. This Order shall be effective immediately upon its entry.

5. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

-END OF ORDER-

**Order prepared and presented by:**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Thomas T. McClendon
Georgia Bar No. 431452
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
*Attorneys for Debtor*

**Distribution List:**

Leslie M. Pineyro, Jones & Walden, LLC, 21 Eighth Street NE, Atlanta, GA 30309
Shayna M. Steinfeld, Steinfeld & Steinfeld, P.C., P.O. Box 49446, Atlanta, GA 30359