**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
N D G A
GAINESVILLE DIVISION

20 AUG 19  AM 9: 54

M. REGINA THOMAS
CLERK

BY _____
DEPUTY CLERK

IN RE:

**SIGNATURE PACK, LLC,**

Debtor.

**CHAPTER 11**

**CASE NO. 19-20916-JRS**

## REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503

COMES NOW the claimant identified below and hereby requests the allowance of an administrative expense claim pursuant to Section 503 of the Bankruptcy Code, and hereby shows the following:

**Name of Claimant:**  Gordon Food Service, Inc.

**Address of Claimant:**  Gordon Food Service, Inc. c/o Ice Miller LLP ATTN: John Cannizzaro

250 West Street, Suite 700

Columbus, OH 43215

**Phone:** 614-462-1070         **Email:** john.cannizzaro@icemiller.com

**Amount of 11 U.S.C. § 503 Administrative Expense: $** 24,448.77

1.    The undersigned holds an administrative expense claim pursuant to 11 U.S.C. § 503 in the amount identified above against the Debtor in the Chapter 11 Case.

2.    The consideration for this debt (or ground for this liability owed by the Debtor is as follows: Goods sold postpetition (see addendum)

3.    The administrative expense is entitled to administrative priority under 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) because: Goods sold postpetition (see addendum)

4.    A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

5.    The amount of all payments on the administrative expense have been credited and deducted for the purpose of making this request.

6.    The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

**WHEREFORE**, the undersigned requests that the Court allow the administrative expense or expenses requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

**YOU ARE ENCOURAGED TO CONSULT YOUR ATTORNEY REGARDING THE LAW, YOUR LEGAL RIGHTS, THE MEANING OF TERMS USED IN THE BANKRUPTCY CODE, THIS REQUEST FORM AND THE ADMINISTRATIVE CLAIM BAR DATE NOTICE.**

Dated: ___8/18/2020___

Name of Claimant: ___Gordon Food Service, Inc.___

Signed: _____

By (if appropriate): ___John Cannizzaro, Ice Miller LLP___

As Its (if appropriate): ___Attorney___

**INSTRUCTIONS:** Mail the completed form to: Office of the Clerk at the U.S. Bankruptcy Court, 121 Spring Street SE, Room 120, Gainesville, Georgia 30501, so as to be received no later than May 20, 2020. A copy of the completed form should also be mailed to counsel for the Debtor at: Jones & Walden, LLC, c/o Leslie M. Pineyro, Esq., 699 Piedmont Avenue, NE, Atlanta, Georgia 30308.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**SIGNATURE PACK, LLC**<br><br>        **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-20916-JRS** |

### ADDENDUM TO ADMINISTRATIVE EXPENSE CLAIM

Gordon Food Service, Inc. ("GFS") hereby submits its administrative proof of claim (the "Administrative Proof of Claim") in the amount of $24,448.77 against Debtor Signature Pack, LLC (the "Debtor"). In support thereof, GFS states as follows:

1.      GFS's Administrative Proof of Claim includes amounts due and owing by Debtor for goods supplied by GFS to Debtor pursuant to that certain Customer Account Application executed by Debtor on March 11, 2019 (the "Agreement"). With the Agreement, Debtor submitted to GFS certain credit information to induce GFS to do business with the Debtor (the "Credit Information"). True and correct copies of the Agreement and the Credit Information are attached hereto as **Exhibit A**.

2.      In the Credit Information attached to the Agreement, the Debtor described itself as "Signature Pack, LLC dba Gourmet Culinary Solutions." The federal tax identification number included on the Application and in the Credit Information also matches that of Debtor. *Cf.* Amendment to Petition (Doc. No. 114). At all relevant times, GFS understood that Gourmet Culinary Solutions was a d/b/a of the Debtor and that GFS was doing business with the Debtor and not a separate entity.

3.      On May 9, 2019, shortly after entering into the Agreement, Debtor commenced the instant Chapter 11 proceedings. Debtor did not give GFS notice of its Chapter 11 proceedings during their ongoing business relationship.

4.     After commencing its Chapter 11 proceedings, Debtor continued to purchase goods from GFS and GFS continued to deliver goods to Debtor. From August through November 2019, Debtor ordered from GFS and GFS delivered to Debtor approximately $17,292.85 worth of goods that Debtor has not paid for (the "Postpetition Goods"). True and correct copies of the invoices are attached hereto as **Exhibit B**. An accounting of amounts currently due and owing is attached hereto as **Exhibit C**.

5.     Pursuant to the Agreement, GFS is entitled to charge interest on unpaid amounts due at a rate of 1.5% per month or 18% per annum. As of August 18, 2020, the total accrued interest on unpaid amounts totals $2,758.92.

6.     Pursuant to the Agreement, GFS is entitled to recover all expenses of collection of unpaid amounts due, including attorney fees. As of August 18, 2020, GFS has incurred attorney fees and expenses totaling approximately $4,397.00 seeking to recover amounts due for the Postpetition Goods.

7.     Accordingly, as of August 18, 2020, Debtor owes GFS approximately $24,448.77, with interest and attorney fees continuing to accrue thereon (the "Postpetition Claim").

8.     GFS's Postpetition Claim is entitled to administrative priority under section 503(b) of Title 11 of the United States Code (the "Bankruptcy Code") and the Supreme Court's decision in *Reading Co. v. Brown*, 391 U.S. 471 (1968).

9.     In *Reading Co.*, the Supreme Court discussed the predecessor statute to section 503(b) of the Bankruptcy Code under the Bankruptcy Act. In that case, property of Reading Co. was destroyed due to the acts of the debtor's receiver. Reading Co. thereafter filed an administrative expense claim, and the trustee objected, arguing that the claim did not provide a benefit to the debtor's estate.

2

10.    In overruling the objection, the Supreme Court instructed that actual and necessary costs "should include costs ordinarily incident to operation of a business. . . ." *Reading Co.*, 391 U.S. at 484–85.  Thus, "the Court allowed the administrative claim, reasoning that parties subjected to loss and expense as a result of the administration of a bankruptcy estate are entitled to be made whole as a matter of fundamental fairness and should be allowed an administrative claim to implement that result." *In re G.I.C. Gov't Sec., Inc.*, 121 B.R. 647, 649 (Bankr. M.D. Fla. 1990).

11.    The Eleventh Circuit has expressly found that, under *Reading Co.*, postpetition expenses such as GFS's Postpetition Claim are entitled to administrative expense priority under section 503(b).  *In re N.P. Min. Co., Inc.*, 963 F.2d 1449, 1456 (11th Cir. 1992).

12.    Accordingly, GFS hereby requests allowance and payment of its Postpetition Claim as an administrative expense of the Debtor's estate.  This Administrative Proof of Claim is made without prejudice to, and GFS reserves, all other rights, claims, demands, and remedies available to GFS, at law or in equity.  GFS reserves the right to seek payment of further amounts and/or amend its Administrative Proof of Claim if it later discovers additional amounts that are due and owing or are entitled to priority, and to file an application to allow any claim entitled to administrative priority.

# EXHIBIT A

# Serving your success, at your door or at our store.

  

- Serving and caring for foodservice customers for over 115 years.
- A family company committed to building partnerships.
- Quality foodservice products and the choices you need to succeed.
- Services that help you achieve your goals and make dreams a reality.





## Customer Account Application

Please return your completed application to the servicing Gordon Food Service company checked below.

☐ Non-Commercial and National Chains* PO Box 2244 Grand Rapids MI 49501 phone (800) 968-7500 fax (616) 717-6024
☐ Gordon Food Service Store** PO Box 2244 Grand Rapids MI 49501 phone (800) 905-4074 fax (616) 717-9610

**Gordon Food Service, Inc.**
☐ Allegheny Valley Division 4980 Gateway Blvd Springfield OH 45502 phone (937) 525-7236 fax (937) 525-7215
☐ Carolinas Division PO Box 2244 Grand Rapids MI 49501 phone (800) 968-7500 fax (616) 717-6024
☐ Great Lakes Division (Brighton), 8040 Kensington Court Brighton MI 48116 phone (616) 717-6359 fax (248) 486-4222
☐ Great Lakes Division (Clay Ave), PO Box 1320, Grand Rapids, MI 49501 phone (800) 968-6360 fax (616) 717-4893
☐ Great Lakes West Division PO Box 1320 Grand Rapids MI 49501 phone (800) 968-6360 fax (616) 717-4893
☐ Mid-Atlantic Division 100 Commerce Drive Newark, DE 19713 phone (410) 273-3324 fax (616) 717-9881
☐ Ohio Valley Division 4980 Gateway Blvd, Springfield OH 45502 phone (937) 525-7236 fax (937) 525-7215

**GFS Central States, LLC**
☐ Central States Division 342 Gordon Industrial Drive Shepherdsville, KY 40165 phone (800) 840-9851 fax (502) 215-1091
☒ Southeast Division 342 Gordon Industrial Drive Shepherdsville, KY 40165 phone (800) 840-9851 fax (502) 215-1091

**GFS Florida, LLC**
☐ Florida Division 2850 NW 120th Terrace Miami FL 33167 phone (305) 507-2906 fax (305) 459-8746

**Glazier Foods Company**
☐ Glazier Division 11303 Antoine Dr, Houston TX 77066 phone (800) 989-6411 fax (616) 717-9020

**Perkins Paper, LLC**
☐ Perkins Division 630 John Hancock Rd, Taunton MA 02780 phone (774) 226-1500 fax (774) 226-1782

*Non-Commercial and National Chain customers may be serviced by one or more of the foregoing companies. National Chain customers may also be serviced by GFS Chain Alliance, LLC.
**Florida stores are operated by GFS Stores, LLC, and all others are operated by GFS Marketplace, LLC

Section to be completed by Customer Development Specialist or Gordon Food Service Store Manager

Sales No: 2115 _____  Store No: _____

Does the customer have other accounts with Gordon Food Service? If so, please provide account numbers: _____

Change of owner? If so, please provide the current customer number: _____

REV 0815/53044

Scanned with CamScanner

Please provide your delivery and billing information.

**LOCATION NAME:** Signature Foods   This is the common name or DBA of your business.

**OWNERSHIP:** 15 yo   length of time occupied

**A/P CONTACT:** Jenna

**EMAIL:** jenna@signaturefood.com

**DELIVERY ADDRESS**

**ADDRESS:** 515 Commercial Drive

**CITY:** Statham

**STATE:** GA   **ZIP:** 30646   **COUNTRY:** USA

**PHONE:** (706) 693-0096   **FAX:**

**BILLING ADDRESS** ☐ Check if the same as delivery address.

**ADDRESS:** P.O. Box 208

**CITY:** Pendergrass

**STATE:** GA   **ZIP:** 30567   **COUNTRY:** USA

**PHONE:** (706) 693-0096   **FAX:** (706) 693-0097

---

Please provide all of the information below for the legal owner of your business ("Customer").

**ENTITY TYPE:** ☐ Corporation ☒ LLC ☐ LP/LLP ☐ Proprietorship ☐ Partnership ☐ Other:

**ENTITY NAME:** Signature Pack, LLC   **STATE FILED:** GA

**ADDRESS:** P.O. Box 208   **PHONE:** (706) 693-0096   **FAX:**

**CITY:** Pendergrass   **STATE:** GA   **ZIP:** 30567   **COUNTRY:** USA

**OWNER/OFFICER/MEMBER INFORMATION**

| | |
|---|---|
| **NAME:** | **TITLE:** |
| **ADDRESS:** | **ADDRESS:** |
| **CITY:** see attached | **CITY:** |
| **STATE:** **ZIP:** | **STATE:** **ZIP:** |
| **PHONE:** | **PHONE:** |
| **SSN:** Social Security Number **DL:** Driver's License Number & State | **SSN:** Social Security Number **DL:** Driver's License Number & State |

**SIGNED:** _(signature)_   **DATE:** 3-11-19

The signor(s) above each consent to the release of his/her personal credit information as set forth in paragraph six of the General Provisions and Security Agreement.

---

Please provide the financial and purchasing information requested below.

**What payment terms are you requesting?** ☐ C.O.D. ☐ Weekly ☐ Other: Net 30 Paid w/ AMEX

**What are your estimated weekly purchases from Gordon Food Service?** $ 10,000

**What is your tax-exempt status?** ☒ Resale Certificate** ☐ Fully Exempt Entity** ☐ None ☐ Direct Pay Permit*** ☐ Federal Government
*Include a copy of resale certificate   **Include evidence of tax exempt status   ***Include a copy of direct pay permit

**Please provide your Federal Tax Identification Number (a/k/a EIN):** Redacted 6588

**Do you require a purchase order?** ☐ Yes ☐ No

**If you would like a statement, please specify the following:**
**Frequency:** ☒ Weekly ☐ Bi-Weekly ☐ Monthly
**Method:** ☒ EMail: jenna@signaturefood.com ☐ Fax:

**Please provide your banking information below.**

**BANK:** n/a   **ACCOUNT NO.:**   **PHONE:**

**Please provide your supplier and trade references below.**

**NAME:** Sysco   **ACCOUNT NO.:** see attached   **PHONE:**

**NAME:** US Foods   **ACCOUNT NO.:**   **PHONE:**

**NAME:**   **ACCOUNT NO.:**   **PHONE:**

**Please let us know your interest in our ordering and payment services.**

Gordon Experience™ offers you the ability to place orders, pay invoices and access other account services through our secure online application. Gordon Food Service Easy Pay is a convenient payment method that takes away the worry and hassle of processing checks by providing automatic processing of your payments through electronic funds transfer. Please let us know what services you would like more information about.

**GORDON EXPERIENCE:**  ☒ Yes, please send me more information about Gordon Food Service Experience.

**GORDON FOOD SERVICE EASY PAY:**  ☒ Yes, please send me more information about Gordon Food Service Easy Pay.

**Select your preferences for purchases made at a Gordon Food Service Store.**

Gordon Food Service is proud to offer you the option to use your account to purchase from your local Gordon Food Service Store. Your account will be automatically enrolled in our standard service and you may make purchases by providing your account information. You will be responsible for all purchases made with your account information, regardless of whether the purchases were made by an authorized individual. You may also elect to have identification cards issued, and we will provide you with continuing service cards.

**CARD OPTION:**  ☒ Yes, please issue me continuing service cards. I understand that I am responsible to issue the cards to my designated purchasers, and that I am responsible for all purchases made using the card. Please deliver my cards to:

☒ Delivery Address   ☐ Billing Address   ☐ Other: _____

**INVOICE OPTION:**  You will automatically receive a receipt with all pertinent invoice information at the time of purchase. You may also select one other option:

☒ An invoice emailed to: _jennale signature food.com_

☐ An invoice faxed to: _____

**Please help us to better serve you by providing some information about your business.**

**Customer Classification** (Please choose only one)

**Eating and Drinking**
- ☐ Family Restaurant
- ☐ Fast Service
- ☐ Ice Cream Shop
- ☐ White Tablecloth
- ☐ Tavern/Bar
- ☐ Delicatessen
- ☐ Truck Stop
- ☐ Pizzeria
- ☐ Cafeteria

**Amusement and Rec.**
- ☐ Public Golf Club
- ☐ Private Golf Club
- ☐ Health Club
- ☐ Ski Resort
- ☐ Stadium
- ☐ Fair/Festival
- ☐ Bowling Center
- ☐ Theme Park
- ☐ Theater

**Business Services**
- ☐ Catering
- ☐ Vending
- ☐ Redistribution
- ☐ Small Business
- ☒ In-Plant
- ☐ Int'l Resort
- ☐ Int'l Redistribution
- ☐ Co-operative
- ☐ Office

**Non-Commercial**
- ☐ Gov. Program
- ☐ Comm. Feeding
- ☐ Service Club
- ☐ Transportation
- ☐ Church
- ☐ Public Facility
- ☐ Jail/Prison
- ☐ Military
- ☐ Fundraiser

**Food Stores**
- ☐ Convenience Store
- ☐ In-Store Deli
- ☐ In-Store Restaurant
- ☐ Snack Bar
- ☐ General Retail
- ☐ Bakery
- ☐ Gordon Food Service Store
- ☐ Doughnut/Coffee Shop
- ☐ Supermarkets

**Hospitality**
- ☐ Hotel
- ☐ Motel
- ☐ Resort
- ☐ Inn
- ☐ Passenger Ship

**Colleges**
- ☐ 2-Year Private
- ☐ 4-Year Community
- ☐ 4-Year State
- ☐ 4-Year Private
- ☐ Fraternity/Sorority

**Long-Term Care**
- ☐ CCRC
- ☐ Skilled Nursing
- ☐ Assisted Living

**Schools**
- ☐ Day Care
- ☐ Elementary
- ☐ High School

**Other**
- ☐ Hospital - Acute
- ☐ Camp
- ☐ Senior Meals

**Affiliation** (Please choose only one)
- ☐ Franchise
- ☐ Public/Federal
- ☐ National Chain
- ☐ Parochial
- ☐ Public/Community
- ☐ Private/Independent
- ☐ Public/State

**Menu Theme**
- ☐ American
- ☐ Asian
- ☐ Bakery
- ☐ Beef
- ☐ Chicken
- ☐ Deli
- ☐ Eggs
- ☐ French
- ☐ German
- ☐ Greek
- ☐ Hamburger
- ☐ Health
- ☐ Ice Cream
- ☐ Italian
- ☐ Kosher
- ☐ Latin
- ☐ Medkerranean
- ☐ Mexican
- ☐ Non-Food
- ☐ Pizza
- ☐ Pork
- ☐ Ribs
- ☐ Seafood
- ☐ Servibar
- ☒ Steak
- ☐ Vegetarian

**Management** (Please choose only one)
- ☐ Owner/Operator
- ☐ Independent
- ☐ Contracted Food Services

***NOTICE REQUIRED BY FEDERAL LAW.*** This notice is for non-trade applicants. If this Application is not approved in full or if any other adverse action is taken with respect to applicant's credit with Gordon Food Service, applicant has the right to request within sixty (60) days of Gordon Food Service's notification of such adverse action, a statement of specific reasons for such action, which statement will be provided within thirty (30) days of said request. The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or a part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Washington, D.C.

Scanned with CamScanner

## GENERAL PROVISIONS AND SECURITY AGREEMENT

1.  The Customer agrees to pay for all goods and services ordered or procured from Gordon Food Service, Inc. or one or more of its current or future subsidiaries or affiliates ("GFS") on the terms set forth in this Customer Account Application (this "Application"). Any credit terms granted will be deemed to be a TIME PRICE DIFFERENTIAL, and will be subject to an ADDITIONAL CHARGE of 1.5 PERCENT PER MONTH OR 18 PERCENT PER ANNUM assessed once a month, on any past due invoices. In the event of default, the Customer agrees to pay to GFS or its assigns, as an element of damages, all expenses of collection including actual attorneys' fees. GFS retains all rights of setoff against any amounts or credits owed to the Customer.

2.  The Customer agrees to be bound by the general provisions of this Application and those contained in GFS' invoices. These terms and conditions shall be the exclusive terms with respect to the sale and purchase of goods and any terms contained in or referenced by the Customer's purchase orders or other documents of the Customer are rejected and non-binding on GFS.

3.  All credit terms extended to the Customer are subject to change and can be amended at the sole discretion of GFS, at any time. The Customer consents to all changes of credit terms, extensions of credit, and any extensions or forbearance by GFS. This Application does not create any obligation on the part of GFS to provide goods to the Customer on credit or otherwise, and GFS may cease providing goods and services to the Customer at any time. Prices of products or other goods or services provided by GFS are not guaranteed until established on an invoice at the time of delivery. GFS must be notified in writing within 30 days of the invoice date of any claim related to the amounts charged on an invoice or any dispute of the sale price of products and, unless GFS is so notified, such claims are waived.

4.  GFS disclaims all express or implied warranties with regard to any goods sold that are not GFS branded goods and all implied warranties with regard to GFS branded goods, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE. Unless claimed at the time of delivery (prior to GFS' delivery driver leaving the Customer's location) any claim for damaged, undelivered or non-conforming goods is waived. In the event of a key drop delivery by GFS, such claims must be made by 3:00 p.m. (local time) the following day. If any goods provided are defective, the Customer's sole and exclusive remedy shall be limited to replacement of defective goods or refund of the purchase price, plus applicable taxes. In no event shall GFS be liable for incidental, punitive, exemplary, indirect or consequential damages or lost profits arising under or related to the goods and services provided by GFS.

5.  GFS may assign and/or sell any accounts receivable or indebtedness owed by the Customer and, in the event of such assignment and/or sale (or any subsequent assignment or sale) any claims, defenses, and counterclaims of every kind and description that the Customer has against GFS is waived as to any transferee, assignee or pledgee. Further, the Customer waives any request for demand for payment, notice of non-payment, presentment, notice of dishonor, protests, notice of protest or any other notice or demand in connection with any account opened with GFS.

6.  The Customer, the Customer's principals and any Guarantors that sign this Application (the "Signators") authorize GFS to obtain and exchange information from any of the Signators' trade, bank or financial references concerning the status of the business and/or credit of the Signators and obtain its/their business and/or consumer credit reports ("Reports") for the purpose of evaluating its/their application for credit. Signators authorize GFS to obtain additional Reports from time to time and to use Reports to the fullest extent permitted by Federal and State law.

7.  If any check, draft, EFT, ACH or any other order of payment (each, a "Transaction") is dishonored for any reason, GFS may re-present the Transaction for payment and issue a draft, for each return, against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. THE SIGNOR BELOW, INDIVIDUALLY AND NOT IN REPRESENTATIVE CAPACITY, SHALL BE RESPONSIBLE FOR PAYMENT OF ALL UNPAID OR DISHONORED TRANSACTIONS.

8.  If the Customer is a franchisee or member of a group purchasing organization (each, an "Organization") and the Customer is purchasing from GFS under a written agreement between GFS and the Organization, then the Customer agrees to abide by all terms of such agreement as modified, amended or superseded from time to time.

9.  All inventory of proprietary goods or goods special ordered (or manufactured) for the Customer or goods not normally stocked, but brought into inventory to service the Customer, must be immediately purchased if the Customer ceases to use such goods or discontinues doing business with GFS.

10.  The Customer acknowledges that purchases made at Gordon Food Service Stores or delivered directly may be electronic transactions. In the event of an electronic transaction, the Customer agrees to the electronic storage of its signature given at the point of sale or the time of delivery and agrees to the later use of such signature on an itemized invoice or other document evidencing the transaction. The Customer agrees that the itemized invoice or other documents evidencing the transaction, although presented in a different format than the document received at the point of sale or time of delivery, memorializes the order and acceptance of goods from GFS by the Customer pursuant to the terms of this Application.

11.  In the event any provision of this Application is held to be invalid, unenforceable or illegal, the other provisions shall remain fully enforceable. The provisions of this Application may only be amended by a written instrument signed by both GFS and the Customer.

12.  The Customer and any Guarantors agree that all actions or proceedings arising out of, from, or related to this Application shall be litigated in courts having their location in Kent County, Michigan, unless GFS selects a different forum. If GFS selects a different forum, then the Customer agrees that venue is proper in any court of competent jurisdiction that GFS selects in the state where the Customer is located or conducting business. To the extent permitted by applicable law, the Customer and Guarantors waive any right they may have to transfer or change the venue of any litigation brought against the Customer and WAIVE TRIAL BY JURY.

13.  If GFS grants credit terms to the Customer pursuant to this Application, then the Customer and any Guarantor (collectively, the "Grantors") grant to GFS a purchase money security interest in all goods sold or equipment leased, and a security interest in all other personal property of Grantors (the "Collateral") to secure payment of all goods purchased on credit from GFS. "Collateral" includes, by way of example and without limitation, all goods, equipment, inventory, vehicles, fixtures, work in process, accounts receivable, instruments, chattel paper, causes of action, general intangibles, including any liquor license, and all proceeds thereof. Grantors give GFS the authority to file any financing statement or continuation or other document needed to perfect GFS' security interest. Grantors agree that any delay by GFS in perfecting its security interest in the Collateral shall be without prejudice to GFS' right to perfect its interest in the future, in the sole discretion of GFS.

SIGNED: _____   TITLE: CFO

PRINTED NAME: Cee Turner   DATE: 5-11-19

## PERSONAL GUARANTY

The undersigned (each, a "Guarantor") unconditionally and irrevocably guarantees prompt payment when due of any and all amounts owed to GFS or any subsequent assignee and/or transferee ("Creditor") by the Customer whether or not contemplated at the time of execution of this Personal Guaranty (this "Guaranty"). All demands, presentments, notice of protest and of dishonor, and all other notices of any kind or nature of the Customer, Creditor, any co-guarantor, or other person, are expressly waived by Guarantor. Guarantor further waives (a) the requirement that his/her/their name appear on any invoices; (b) the right to require Creditor to first proceed against the Customer or any other party; (c) the right to require Creditor to pursue any other remedy for the benefit of Guarantor and agrees that Creditor may proceed against Guarantor on this guaranty without taking any action against the Customer or any other party and without proceeding against or applying any security it may hold; and (d) notice of acceptance of this guaranty. Guarantor agrees to be personally liable for the debts of the Customer and consents to all changes of terms, extensions of credit, and any extensions or forbearance by Creditor. Guarantor agrees to pay Creditor actual attorneys' fees and all other costs incurred in the collection of any indebtedness owed by the Customer. Until such time Creditor receives payment of all indebtedness owed by the Customer, Guarantor waives any right to reimbursement, contribution, indemnification and subrogation it may have against the Customer to recover any monies that are paid by Guarantor. Guarantor agrees to be bound by paragraphs 2, 5, 6, 9, 12 and 13 of the General Provisions and Security Agreement above. This Guaranty is continuing until released in a writing signed by GFS. USE OF A CORPORATE TITLE SHALL NOT LIMIT THE PERSONAL LIABILITY OF THE GUARANTOR.

SIGNED: _____   DATE: _____   SIGNED: _____   DATE: _____

PRINTED NAME: _____   PRINTED NAME: _____

Witnessed by: _____   whose full name and address is: _____

**Scanned with CamScanner**

# SIGNATURE
## FOODS

### Confidential Vendor / Credit Information

**Company:** Signature Pack, LLC. dba Gourmet Culinary Solutions
**Billing Address:** P.O. Box 208, Pendergrass, GA 30567
**Business Street Address:** 5786 Hwy 129 N Ste N Pendergrass, GA  30567
**Year Est.:** 2004                    **Type of Business:** Co-packer/Re-packer
**Phone:** (706) 706 – 693-0096        **Fax:** (706) 693 – 0097

**Company History:**
In 2004, Signature Foods began as a co-packer and support manufacturer for other food companies. Over the years, Signature has developed into a brand of its own and positioned itself competitively. The company currently has innumerable regional and national brands of frozen food products, including private label items.

**Financials:** Signature is a privately held company and does not provide audited financials.

**Federal ID #** Redacted 8528          **Sales Tax Exemption** GA 302214491

**Principals / Owners**                 Charles E. McAtee
                                        Thomas R. Southworth
                                        Tamale Factory

Scanned with CamScanner



Scanned with CamScanner

Scanned with CamScanner



Scanned with CamScanner

# EXHIBIT B



**FOOD SERVICE**

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 2

| Invoice | 196451904 |
|---|---|
| Purchase Order | 9298 |
| Invoice Date | 08/21/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 094 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 471461 | | 9 | CASE | 6-1# CHEESE COLBY JK CUBED 26795 | DY | 4.46 | 26.73 | | 240.57 |
| 679631 | | 4 | CASE | 4-5# CHEESE CHED AGED SHRD 111103422 | DY | 13.69 | 54.74 | | 218.96 |
| **Totals:** | | **13** | | **Total Cooler Pieces** | | | | | |
| 261521 | | 10 | CASE | 6-4# ONION DCD IQF GFS 261521 | FR | 4.27 | 25.60 | | 256.00 |
| 283730 | | 1 | CASE | 1-30# CUT CORN IQF KE 023581080 | FR | 29.28 | 29.28 | | 29.28 |
| **Totals:** | | **11** | | **Total Freezer Pieces** | | | | | |
| 108286 | | 2 | BAG | 1-25# IODIZED SALT 13600-01049 | GR | 5.75 | 5.75 | | 11.50 |
| 131460 | | 0 | CASE | 12-26Z CHILIES GREEN DICED 7701309 | GR | 0.00 | 0.00 | | Temp Out |
| 393843 | | 4 | CASE | 6-1GAL OIL SALAD CANOLA NT 921244 | GR | 11.18 | 67.09 | | 268.36 |
| 498871 | | 3 | CASE | 6-10 TOMATO DCD PETITE GFSBR99 | GR | 3.76 | 22.56 | | 67.68 |
| 513857 | | 2 | EACH | 1-6# GARLIC POWDER TRADE EAST 51385 | GR | 45.20 | 45.20 | | 90.40 |
| 777072 | | 2 | EACH | 1-5# CUMIN GROUND TRADE EAST 77707 | GR | 46.05 | 46.05 | | 92.10 |
| 782130 | | 44 | CASE | 12-24CT TORTILLA FLOUR 6" LA BAN 2708 | GR | 1.47 | 17.69 | | 778.36 |
| **Totals:** | | **57** | | **Total Grocery Pieces** | | | | | |

Page sub-total:    2,053.21

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 57 | Grocery - GR | 1,308.40 | 0.00 | 1,308.40 |
| 11 | Frozen - FR | 285.28 | 0.00 | 285.28 |
| 13 | Dairy - DY | 459.53 | 0.00 | 459.53 |
| 81 | Total Case Count | | | |

| | |
|---|---|
| SubTotal | $2,053.21 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $2,053.21 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810





**Gordon** FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 2 of 2

| | |
|---|---|
| *Invoice* | **196451904** |
| *Purchase Order* | **9298** |
| Invoice Date | 08/21/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 094 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

D CAREY

Received By

D Carey

Print Name

---

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | **196451904** |
| *Purchase Order* | **9298** |
| Invoice Date | 08/21/2019 |
| **Due Date** | **09/20/2019** |
| **Pay This Amount** | **$2,053.21** |



100279775910196451904000205321300020532133



**Gordon Food Service Inc**
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| Invoice | 196223669 |
| Purchase Order | |
| Invoice Date | 08/13/2019 |

| Route | Stop | Customer | | Representative | Terms |
|---|---|---|---|---|---|
| 1501 | 092 | 100279775 GOURMET CULINARY SOLUTIONS | | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS

GOURMET CULINARY SOLUTIONS

515 COMMERCIAL DR

STATHAM GA 30666

**Bill To** GOURMET CULINARY SOLUTIONS

PO BOX 208

PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 195776 | | 1 | CASE | 6-32Z GARLIC CHOPPED IN OIL 174 | GR | 8.33 | 49.96 | | 49.96 |
| Totals: | | 1 | | Total Cooler Pieces | | | | | |

*Page sub-total:*  49.96

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 1 | Grocery - GR | 49.96 | 0.00 | 49.96 |

| | |
|---|---|
| SubTotal | $49.96 |
| Invoice Total | $49.96 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53610

*D CAREY*

Received By

D Carey

Print Name

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 100279775 |
| Invoice | 196223669 |
| Purchase Order | |
| Invoice Date | 08/13/2019 |
| Due Date | 09/12/2019 |
| Pay This Amount | $49.96 |



100279775910196223669000004996500000499651



**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 196223661 |
| *Purchase Order* | 9282 |
| Invoice Date | 08/13/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 093 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 246131 | | 91 | CASE | 6-10 TOMATO DCD FCY GFS | GR | 3.33 | 19.99 | | 1,819.09 |
| Totals: | | 91 | | Total Grocery Pieces | | | | | |

Page sub-total: 1,819.09

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 91 | Grocery - GR | 1,819.09 | 0.00 | 1,819.09 |

| | |
|---|---|
| SubTotal | $1,819.09 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $1,819.09 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

*D CAREY*

Received By

D Carey

Print Name

---

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 196223661 |
| *Purchase Order* | 9282 |
| Invoice Date | 08/13/2019 |
| **Due Date** | **09/12/2019** |
| **Pay This Amount** | **$1,819.09** |



10027977591019622366100018190930001819 0932



**Gordon** FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| | Page 1 of 1 |
|---|---|
| **Invoice** | 196256181 |
| **Purchase Order** | 9276 |
| Invoice Date | 08/14/2019 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 122115 | 15 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS
GOURMET CULINARY SOLUTIONS
515 COMMERCIAL DR
STATHAM GA 30666

**Bill To** GOURMET CULINARY SOLUTIONS
PO BOX 208
PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 145983 | N | 1 | CASE | 50# SPICE CHILI PWD H65D<br>THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3581566) AND<br>MAY NOT BE RETURNED | GR | 249.35 | 249.35 | | 249.35 |
| **Totals:** | | 1 | | Total Grocery Pieces | | | | | |

Page sub-total:    249.35

| Spec Key | |
|---|---|
| Code | Description |
| N | Non-stock item |

| Group Summary | | | | |
|---|---|---|---|---|
| **Cases** | **Group** | **Amount** | **Tax** | **Total** |
| 1 | Grocery - GR | 249.35 | 0.00 | 249.35 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $249.35 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $249.35 |

Received By _____    Print Name _____

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 100279775 |
|---|---|
| **Invoice** | 196256181 |
| **Purchase Order** | 9276 |
| Invoice Date | 08/14/2019 |
| **Due Date** | 09/13/2019 |
| **Pay This Amount** | $249.35 |



100279775910196256181000024935900002493595



**Gordon Food Service Inc**
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 2

| | |
|---|---|
| **Invoice** | 196323127 |
| **Purchase Order** | 9289 |
| Invoice Date | 08/16/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1039 | 099 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)786-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS
GOURMET CULINARY SOLUTIONS
515 COMMERCIAL DR
STATHAM GA 30666

**Bill To** GOURMET CULINARY SOLUTIONS
PO BOX 208
PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 471461 | | 9 | CASE | 6-1# CHEESE COLBY JK CUBED 26795 | DY | 4.38 | 26.30 | | 236.70 |
| 679631 | | 3 | CASE | 4-5# CHEESE CHED AGED SHRD 111103422 | DY | 13.69 | 54.74 | | 164.22 |
| **Totals:** | | **12** | | **Total Cooler Pieces** | | | | | |
| 261521 | | 21 | CASE | 6-4# ONION DCD IQF GFS 261521 | FR | 4.27 | 25.60 | | 537.60 |
| 283730 | | 3 | CASE | 1-30# CUT CORN IQF KE 023581080 | FR | 29.28 | 29.28 | | 87.84 |
| **Totals:** | | **24** | | **Total Freezer Pieces** | | | | | |
| 107654 | | 15 | CASE | 1-35# OIL LIQ CORN NT GCHC 921010 | GR | 26.46 | 26.46 | | 396.90 |
| 131460 | | 3 | CASE | 12-26Z CHILIES GREEN DICED 7701309 | GR | 3.68 | 44.15 | | 132.45 |
| 246131 | | 40 | CASE | 6-10 TOMATO DCD FCY GFS | GR | 3.33 | 19.99 | | 799.60 |
| 358929 | | 3 | CASE | 6-#10 TOMATO PASTE  26 % 01041 | GR | 6.13 | 36.78 | | 110.34 |
| 393843 | | 4 | CASE | 6-1GAL OIL SALAD CANOLA NT 921244 | GR | 11.18 | 67.09 | | 268.36 |
| 498871 | | 25 | CASE | 6-10 TOMATO DCD PETITE GFSBR99 | GR | 3.76 | 22.56 | | 564.00 |
| 513857 | | 3 | EACH | 1-6# GARLIC POWDER TRADE EAST 51385 | GR | 45.20 | 45.20 | | 135.60 |
| 777072 | | 3 | EACH | 1-5# CUMIN GROUND TRADE EAST 77707 | GR | 46.05 | 46.05 | | 138.15 |
| 782130 | | 44 | CASE | 12-24CT TORTILLA FLOUR 6" LA BAN 2708 | GR | 1.47 | 17.69 | | 778.36 |
| **Totals:** | | **140** | | **Total Grocery Pieces** | | | | | |

Page sub-total: 4,350.12

| Cases | Group | Amount | Tax | Total |
|---|---|---|---|---|
| 140 | Grocery - GR | 3,323.76 | 0.00 | 3,323.76 |
| 24 | Frozen - FR | 625.44 | 0.00 | 625.44 |
| 12 | Dairy - DY | 400.92 | 0.00 | 400.92 |
| 176 | Total Case Count | | | |

**Group Summary**





**FOOD SERVICE**

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 2 of 2

| | |
|---|---|
| *Invoice* | 196323127 |
| *Purchase Order* | 9289 |
| Invoice Date | 08/16/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1039 | 099 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $4,350.12 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $4,350.12 |

_____    GFS DRIVER
Received By                       Print Name

---

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 196323127 |
| *Purchase Order* | 9289 |
| Invoice Date | 08/16/2019 |
| **Due Date** | **09/15/2019** |
| **Pay This Amount** | **$4,350.12** |



100279775910196323127000435012000043501203



**Gordon Food Service Inc**
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 196354454 |
| **Purchase Order** | 9289 |
| Invoice Date | 08/19/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1013 | 090 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**
**GOURMET CULINARY SOLUTIONS**
**515 COMMERCIAL DR**
**STATHAM GA 30666**

Bill To **GOURMET CULINARY SOLUTIONS**
**PO BOX 208**
**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 679631 | | 0 | CASE | 4-5# CHEESE CHED AGED SHRD 111103422 | DY | 0.00 | 0.00 | | Temp Out |
| Totals: | | 0 | | **Total Cooler Pieces** | | | | | |
| 107654 | | 4 | CASE | 1-35# OIL LIQ CORN NT GCHC 921010 | GR | 26.46 | 26.46 | | 105.84 |
| Totals: | | 4 | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*        105.84

| Group Summary | | | | |
|---|---|---|---|---|
| **Cases** | **Group** | **Amount** | **Tax** | **Total** |
| 4 | Grocery - GR | 105.84 | 0.00 | 105.84 |
| 0 | Dairy - DY | 0.00 | 0.00 | 0.00 |
| 4 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law.  All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53610

| | |
|---|---|
| SubTotal | $105.84 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $105.84 |

*D CAREY*

D Carey
Print Name

Received By

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 196354454 |
| **Purchase Order** | 9289 |
| Invoice Date | 08/19/2019 |
| **Due Date** | 09/18/2019 |
| **Pay This Amount** | $105.84 |



100279775910196354454000010584100001058417



**Gordon** FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| Invoice | 196582038 |
|---|---|
| Purchase Order | 9298 |
| Invoice Date | 08/28/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 093 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS
GOURMET CULINARY SOLUTIONS
515 COMMERCIAL DR
STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS
PO BOX 208
PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 131460 | | 2 | CASE | 12-26Z CHILIES GREEN DICED 7701309 | GR | 3.68 | 44.15 | | 88.30 |
| 431032 | | 4 | CASE | 1-4.5# SPICE PAPRIKA 00311/431032 | GR | 25.49 | 25.49 | | 101.96 |
| Totals: | | 6 | | Total Grocery Pieces | | | | | |

Page sub-total:   190.26

| | Group Summary | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 6 | Grocery - GR | 190.26 | 0.00 | 190.26 |

| | |
|---|---|
| SubTotal | $190.26 |
| Invoice Total | $190.26 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

D CAREY

Received By

GFS DRIVER
Print Name

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| Invoice | 196582038 |
| Purchase Order | 9298 |
| Invoice Date | 08/28/2019 |
| Due Date | 09/27/2019 |
| Pay This Amount | $190.26 |



100279775910196582038000019026400001902644



**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 2

| | |
|---|---|
| **Invoice** | 196582034 |
| **Purchase Order** | 9313 |
| Invoice Date | 08/28/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 094 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 299405 | | 3 | CASE | 36-1# BUTTER PRINT UNSLTD GRD AA GCHC | DY | 2.71 | 97.51 | | 292.53 |
| 512109 | | 42 | CASE | 4-1GAL MILK WHT WHL RGNLBRND P/L | DY | 3.94 | 15.75 | | 661.50 |
| 198196 | | 9 | CASE | 2-5# CELERY DCD 1/4" CUT 91684 | PR | 10.57 | 21.14 | | 190.26 |
| 422169 | | 8 | CASE | 2-10# POTATO DCD PLD FRSH 93901-42216 | PR | 8.41 | 16.81 | | 134.48 |
| **Totals:** | | **62** | | **Total Cooler Pieces** | | | | | |
| 285660 | | 5 | CASE | 1-30# GREEN PEAS IQF GFS | FR | 33.86 | 33.86 | | 169.30 |
| **Totals:** | | **5** | | **Total Freezer Pieces** | | | | | |
| 227528 | | 25 | CASE | 2-25# FLOUR H&R A/P GCHC | GR | 8.71 | 17.42 | | 435.50 |
| 425311 | | 2 | BOX | 1-50# GFS CANE SUGAR GRANU GFS050BOXC | GR | 29.64 | 29.64 | | 59.28 |
| 623980 | | 10 | CASE | 1-50# SHORTENING CUBE A/V 100087579 | GR | 41.35 | 41.35 | | 413.50 |
| **Totals:** | | **37** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:* 2,356.35

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 37 | Grocery - GR | 908.28 | 0.00 | 908.28 |
| 5 | Frozen - FR | 169.30 | 0.00 | 169.30 |
| 45 | Dairy - DY | 954.03 | 0.00 | 954.03 |
| 17 | Produce - PR | 324.74 | 0.00 | 324.74 |
| 104 | Total Case Count | | | |

| | |
|---|---|
| SubTotal | $2,356.35 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $2,356.35 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

D CAREY

Received By

GFS DRIVER

Print Name





Page 2 of 2

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| Invoice | 196582034 |
| --- | --- |
| Purchase Order | 9313 |
| Invoice Date | 08/28/2019 |

| Route | Stop | Customer | Representative | Terms |
| --- | --- | --- | --- | --- |
| 1501 | 094 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957 2115: Michael Hildebrand 1(877)786-6129 | Net 30 Days |

---

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 100279775 |
| --- | --- |
| Invoice | 196582034 |
| Purchase Order | 9313 |
| Invoice Date | 08/28/2019 |
| Due Date | 09/27/2019 |
| Pay This Amount | $2,356.35 |



100279775910196582034000235635000023563509



Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| | | Page 1 of 1 |
|---|---|---|
| **Invoice** | | 196659022 |
| **Purchase Order** | | 9313 |
| Invoice Date | | 08/30/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 087 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To  **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To  **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 198196 | | 1 | CASE | 2-5# CELERY DCD 1/4" CUT 91684 | PR | 10.57 | 21.14 | | 21.14 |
| **Totals:** | | 1 | | **Total Cooler Pieces** | | | | | |
| 623980 | | 2 | CASE | 1-50# SHORTENING CUBE A/V 100087579 | GR | 41.35 | 41.35 | | 82.70 |
| 311065 | | 1 | CASE | 6-5# MILK PWD FF INST P/L | BV | 18.59 | 111.51 | | 111.51 |
| **Totals:** | | 3 | | **Total Grocery Pieces** | | | | | |

Page sub-total:    215.35

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 2 | Grocery - GR | 82.70 | 0.00 | 82.70 |
| 1 | Beverage - BV | 111.51 | 0.00 | 111.51 |
| 1 | Produce - PR | 21.14 | 0.00 | 21.14 |
| 4 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $215.35 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $215.35 |

*D CAREY*

Received By

Warehouse Personal

Print Name

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To  **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 100279775 |
|---|---|
| **Invoice** | **196659022** |
| **Purchase Order** | **9313** |
| Invoice Date | 08/30/2019 |
| **Due Date** | **09/29/2019** |
| **Pay This Amount** | **$215.35** |



100279775910196659022000021535000002153502



**FOOD SERVICE**

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | **196659010** |
| *Purchase Order* | |
| Invoice Date | 08/30/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 086 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To  **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To  **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 108286 | | 6 | BAG | 1-25# IODIZED SALT 13600-01049 | GR | 5.75 | 5.75 | | 34.50 |
| **Totals:** | | **6** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*  34.50

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 6 | Grocery - GR | 34.50 | 0.00 | 34.50 |

| | |
|---|---|
| SubTotal | $34.50 |
| Invoice Total | $34.50 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this Invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

*D CAREY*

Received By

Warehouse Personal

Print Name

---



**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To  **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | **196659010** |
| *Purchase Order* | |
| Invoice Date | 08/30/2019 |
| **Due Date** | **09/29/2019** |
| **Pay This Amount** | **$34.50** |

1002797759101966590100000034504040000345049



**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 2

| | |
|---|---|
| *Invoice* | 196821889 |
| *Purchase Order* | 9321 |
| Invoice Date | 09/06/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 087 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 471461 | | 9 | CASE | 6-1# CHEESE COLBY JK CUBED 26795 | DY | 4.52 | 27.12 | | 244.08 |
| 422169 | | 5 | CASE | 2-10# POTATO DCD PLD FRSH 93901-42216 | PR | 8.39 | 16.78 | | 83.90 |
| **Totals:** | | **14** | | **Total Cooler Pieces** | | | | | |
| 153444 | | 1 | CASE | 4-1GAL VINEGAR WHT 50-GRAIN  212 | GR | 2.20 | 8.81 | | 8.81 |
| 867233 | | 3 | CASE | 24-7Z CHIPOTLE PPRS IN ADOBO SA 45780 | GR | 1.70 | 40.72 | | 122.16 |
| **Totals:** | | **4** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*     458.95

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 4 | Grocery - GR | 130.97 | 0.00 | 130.97 |
| 9 | Dairy - DY | 244.08 | 0.00 | 244.08 |
| 5 | Produce - PR | 83.90 | 0.00 | 83.90 |
| 18 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $458.95 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $458.95 |

D CAREY

Received By

Warehouse Personal

Print Name





**Gordon** FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 2 of 2

| Invoice | 196821889 |
|---|---|
| Purchase Order | 9321 |
| Invoice Date | 09/06/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 087 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |



**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| Customer Number | 100279775 |
|---|---|
| Invoice | 196821889 |
| Purchase Order | 9321 |
| Invoice Date | 09/06/2019 |
| Due Date | 10/06/2019 |
| Pay This Amount | $458.95 |

1002797759101968218890000458950000458*503



**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

| | Page 1 of 2 |
|---|---|
| **Invoice** | 196902870 |
| **Purchase Order** | 9327 |
| Invoice Date | 09/10/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1029 | 092 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS

GOURMET CULINARY SOLUTIONS

515 COMMERCIAL DR

STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS

PO BOX 208

PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 471461 | | 12 | CASE | 6-1# CHEESE COLBY JK CUBED 26795 | DY | 4.67 | 28.00 | | 336.00 |
| 198196 | | 1 | CASE | 2-5# CELERY DCD 1/4" CUT 91684 | PR | 11.22 | 22.43 | | 22.43 |
| 198307 | | 1 | CASE | 2-5# DICED ONIONS 1/4" CUT 75218/95110 | PR | 8.82 | 17.63 | | 17.63 |
| **Totals:** | | **14** | | **Total Cooler Pieces** | | | | | |
| 518298 | | 1 | CASE | 6-8.9Z FAJITA SEASONING MIX2150080091 | GR | 4.78 | 28.68 | | 28.68 |
| 188336 | | 1 | CASE | 12-25FLZ JUICE LIME 10071109/ZE32359 | BV | 4.72 | 56.64 | | 56.64 |
| **Totals:** | | **2** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:*    461.38

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 1 | Grocery - GR | 28.68 | 0.00 | 28.68 |
| 12 | Dairy - DY | 336.00 | 0.00 | 336.00 |
| 1 | Beverage - BV | 56.64 | 0.00 | 56.64 |
| 2 | Produce - PR | 40.06 | 0.00 | 40.06 |
| 16 | Total Case Count | | | |

| | |
|---|---|
| SubTotal | $461.38 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $461.38 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810



Received By

Warehouse Personal

Print Name

# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 2 of 2

| | |
|---|---|
| **Invoice** | 196902870 |
| **Purchase Order** | 9327 |
| Invoice Date | 09/10/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1029 | 092 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

---

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 196902870 |
| **Purchase Order** | 9327 |
| Invoice Date | 09/10/2019 |
| **Due Date** | 10/10/2019 |
| **Pay This Amount** | $461.38 |



100279775910196902870000046138400004613849



**Gordon** FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 196922057 |
| **Purchase Order** | 9332 |
| Invoice Date | 09/11/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 094 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS

GOURMET CULINARY SOLUTIONS

515 COMMERCIAL DR

STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS

PO BOX 208

PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 177910 | | 3 | CASE | 4-5# BASE CHIX NO ADDED MSG 11001707 | GR | 20.26 | 81.04 | | 243.12 |
| 195776 | | 1 | CASE | 6-32Z GARLIC CHOPPED IN OIL 174 | GR | 8.44 | 50.61 | | 50.61 |
| **Totals:** | | **4** | | **Total Cooler Pieces** | | | | | |
| 107999 | | 2 | CASE | 1-35# OIL SAID VEG CLR NT 69706/61489 | GR | 20.80 | 20.80 | | 41.60 |
| 425311 | | 2 | BOX | 1-50# GFS CANE SUGAR GRANU GFS050BOXC | GR | 29.60 | 29.60 | | 59.20 |
| 644481 | | 1 | CASE | 4-1GAL VINEGAR WIN RD 93901-64448/792006 | GR | 4.38 | 17.52 | | 17.52 |
| **Totals:** | | **5** | | **Total Grocery Pieces** | | | | | |

Page sub-total:    412.05

| | Group Summary | | | |
|---|---|---|---|---|
| **Cases** | **Group** | **Amount** | **Tax** | **Total** |
| 9 | Grocery - GR | 412.05 | 0.00 | 412.05 |

| | |
|---|---|
| SubTotal | $412.05 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $412.05 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

DCALEY

Warehouse Personal

Received By

Print Name

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 196922057 |
| **Purchase Order** | 9332 |
| Invoice Date | 09/11/2019 |
| **Due Date** | **10/11/2019** |
| **Pay This Amount** | **$412.05** |



100279775910196922057000041205600004120567



**Gordon Food Service Inc**
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 196975255 |
| *Purchase Order* | 9327 |
| Invoice Date | 09/12/2019 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 122115 | 15 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)786-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 115768 | N | 4 | CASE | 6-49.5Z STUFFING MIX 10043000807108 | GR | 14.22 | 85.30 | | 341.20 |
| | | | | THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3640200) AND MAY NOT BE RETURNED | | | | | |
| Totals: | | 4 | | Total Grocery Pieces | | | | | |

*Page sub-total:*     341.20

| Spec Key | |
|---|---|
| Code | Description |
| N | Non-stock Item |

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 4 | Grocery - GR | 341.20 | 0.00 | 341.20 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this Invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $341.20 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $341.20 |

Received By _____     Print Name _____

---

**FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION**

**Thank you for your order.**
**Please enclose this stub with payment.**

**FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 196975255 |
| *Purchase Order* | 9327 |
| Invoice Date | 09/12/2019 |
| **Due Date** | **10/12/2019** |
| **Pay This Amount** | **$341.20** |



100279775910196975255000034120600000341206?



**Gordon FOOD SERVICE**

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 2

| | |
|---|---|
| *Invoice* | 197000077 |
| *Purchase Order* | 9325 |
| Invoice Date | 09/13/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 086 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS

GOURMET CULINARY SOLUTIONS

515 COMMERCIAL DR

STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS

PO BOX 208

PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 178683 | | 1 | CASE | 61#AVG BEEF KNCKL PLD CHC 6PC P/L 70 LB | MT | | 2.88 | | 201.60 |
| 178683 | | 1 | CASE | 61#AVG BEEF KNCKL PLD CHC 6PC P/L 56.5 LB | MT | | 2.88 | | 162.72 |
| 178683 | | 1 | CASE | 61#AVG BEEF KNCKL PLD CHC 6PC P/L 62 LB | MT | | 2.88 | | 178.56 |
| 178683 | | 1 | CASE | 61#AVG BEEF KNCKL PLD CHC 6PC P/L 57.5 LB | MT | | 2.88 | | 165.60 |
| | | | | Item 178683 = 246.0 LB / $874.94 | | | | | |
| 178683 | | 1 | CASE | 61#AVG BEEF KNCKL PLD CHC 6PC P/L 57.8 LB | MT | | 2.88 | | 166.46 |
| | | | | Item 178683 = 303.8 LB / $874.94 | | | | | |
| 429201 | | 1 | CASE | 2-5# DCD RED ONION 1/4" 75012/95126 | PR | 12.74 | 25.47 | | 25.47 |
| Totals: | | 6 | | Total Cooler Pieces | | | | | |
| 283730 | | 2 | CASE | 1-30# CUT CORN IQF KE 023581080 | FR | 33.22 | 33.22 | | 66.44 |
| 508632 | | 1 | CASE | 12-2# DICED SWT GREEN PEPR 72008506 | FR | 2.96 | 35.50 | | 35.50 |
| Totals: | | 3 | | Total Freezer Pieces | | | | | |
| 358929 | | 1 | CASE | 6-#10 TOMATO PASTE 26 % 01041 | GR | 5.93 | 35.56 | | 35.56 |
| Totals: | | 1 | | Total Grocery Pieces | | | | | |

Page sub-total:    1,037.91

**Group Summary**

| Cases | Group | Amount | Tax | Total |
|---|---|---|---|---|
| 1 | Grocery - GR | 35.56 | 0.00 | 35.56 |
| 3 | Frozen - FR | 101.94 | 0.00 | 101.94 |
| 5 | Meat - MT | 874.94 | 0.00 | 874.94 |
| 1 | Produce - PR | 25.47 | 0.00 | 25.47 |
| 10 | Total Case Count | | | |

| | |
|---|---|
| SubTotal | $1,037.91 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $1,037.91 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810





**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 2 of 2

| | |
|---|---|
| *Invoice* | **197000077** |
| *Purchase Order* | **9325** |
| Invoice Date | 09/13/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 086 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

DCARES

Received By

Warehouse Personal

Print Name

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | **197000077** |
| *Purchase Order* | **9325** |
| Invoice Date | 09/13/2019 |
| **Due Date** | **10/13/2019** |
| **Pay This Amount** | **$1,037.91** |



10027977591019700007700010379100001037910 0



**Gordon FOOD SERVICE**

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 2

| Invoice | 197243463 |
|---|---|
| Purchase Order | |
| Invoice Date | 09/24/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1029 | 090 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS

GOURMET CULINARY SOLUTIONS

515 COMMERCIAL DR

STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS

PO BOX 208

PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 199834 | | 1 | CASE | 3-4# HAM DCD W/A 1/4" GCHC 93901199833 | MT | 9.99 | 29.96 | | 29.96 |
| 465372 | | 1 | CASE | 4-5# CHEESE SWS SHRD FTHR P/L | DY | 19.17 | 76.66 | | 76.66 |
| 550086 | | 2 | CASE | 2-5# CHEESE PEPR JK GLCHS 24407 | DY | 15.08 | 30.16 | | 60.32 |
| 605900 | | 1 | CASE | 2-5# CHEESE GOUDA  605900 10.76 LB | DY | | 4.88 | | 52.51 |
| | | | | Item 605900 = 10.76 LB / $52.51 | | | | | |
| 710180 | | 2 | CASE | 15-2# EGG WHITES W/TEC 46025-91820 | DY | 3.88 | 58.26 | | 116.52 |
| 867061 | | 0 | CASE | 3-10#AVG CHEESE PROV UNSMKD PG 11639 | DY | 0.00 | 0.00 | | 0.00 |
| | | | | ITEM 867061 IS SHORT SHIPPED BY 1 | | | | | |
| **Totals:** | | **7** | | **Total Cooler Pieces** | | | | | |
| 847208 | | 2 | CASE | 6-2.5# PEPPERS & ONION RSTD 677796 | FR | 5.70 | 34.17 | | 68.34 |
| 125302 | | 2 | CASE | 2-5# SAUSAGE CRUMBL PORK 004064-0414 | MT | 18.72 | 37.43 | | 74.86 |
| 548362 | | 2 | CASE | 4-5# SAUSAGE CHORIZO RAW 82285/121 | MT | 13.60 | 54.40 | | 108.80 |
| **Totals:** | | **6** | | **Total Freezer Pieces** | | | | | |
| 678597 | | 4 | BAG | 1-25# DEICER HALITE SALT 78911/7704 | CP | 7.55 | 7.55 | 1,2 | 30.20 |
| **Totals:** | | **4** | | **Total Grocery Pieces** | | | | | |

Page sub-total:    618.17

| Group Summary | | | | |
|---|---|---|---|---|
| **Cases** | **Group** | **Amount** | **Tax** | **Total** |
| 2 | Frozen - FR | 68.34 | 0.00 | 68.34 |
| 5 | Meat - MT | 213.62 | 0.00 | 213.62 |
| 6 | Dairy - DY | 306.01 | 0.00 | 306.01 |
| 4 | Sanitation - CP | 30.20 | 2.12 | 32.32 |
| 17 | Total Case Count | | | |



# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 2 of 2

| | |
|---|---|
| **Invoice** | 197243463 |
| **Purchase Order** | |
| Invoice Date | 09/24/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1029 | 090 | 100279775 GOURMET CULINARY SOLUTIONS | 2364: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $618.17 |
| (1) BARROW County Tax - 3 | $0.91 |
| (2) GA State Tax - 4 | $1.21 |
| Fuel Surcharge | $0.00 |
| **Invoice Total** | **$620.29** |

Received By

Warehouse Personal

Print Name

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197243463 |
| **Purchase Order** | |
| Invoice Date | 09/24/2019 |
| **Due Date** | **10/24/2019** |
| **Pay This Amount** | **$620.29** |



100279775910197243463000062029400006202947



**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 197073289 |
| **Purchase Order** | |
| Invoice Date | 09/17/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1029 | 091 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**
**GOURMET CULINARY SOLUTIONS**
**515 COMMERCIAL DR**
**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**
**PO BOX 208**
**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 177951 | | 1 | CASE | 2-10# PASTA CELLENTANI 007-428 | GR | 10.19 | 20.38 | | 20.38 |
| **Totals:** | | 1 | | **Total Grocery Pieces** | | | | | |

*Page sub-total:* 20.38

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 1 | Grocery - GR | 20.38 | 0.00 | 20.38 |
| | | SubTotal | | $20.38 |
| | | Invoice Total | | $20.38 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

*DCAREY* (signature)

Warehouse Personal

Received By            Print Name

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197073289 |
| **Purchase Order** | |
| Invoice Date | 09/17/2019 |
| **Due Date** | 10/17/2019 |
| **Pay This Amount** | $20.38 |



1002797759101970732890000002038800000203883



## Gordon
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 197073288 |
| **Purchase Order** | 9336 |
| Invoice Date | 09/17/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1029 | 092 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS

GOURMET CULINARY SOLUTIONS

515 COMMERCIAL DR

STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS

PO BOX 208

PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 512109 | | 3 | CASE | 4-1GAL MILK WHT WHL RGNLBRND P/L | DY | 3.94 | 15.75 | | 47.25 |
| **Totals:** | | 3 | | **Total Cooler Pieces** | | | | | |
| 107999 | | 2 | CASE | 1-35# OIL SAID VEG CLR NT 69706/61489 | GR | 21.27 | 21.27 | | 42.54 |
| 358929 | | 1 | CASE | 6-#10 TOMATO PASTE 26 % 01041 | GR | 5.93 | 35.56 | | 35.56 |
| **Totals:** | | 3 | | **Total Grocery Pieces** | | | | | |

Page sub-total: 125.35

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 3 | Grocery - GR | 78.10 | 0.00 | 78.10 |
| 3 | Dairy - DY | 47.25 | 0.00 | 47.25 |
| 6 | Total Case Count | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft
or any other order of payment (each, a "Transaction") issued for payment of this Invoice is dishonored, GFS may re-present the Transaction
and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law.  All unpaid invoices
are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural
commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~
Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $125.35 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $125.35 |

*DCarey*

Warehouse Personal

Received By                    Print Name

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

### Thank you for your order.
### Please enclose this stub with payment.

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197073288 |
| **Purchase Order** | 9336 |
| Invoice Date | 09/17/2019 |
| **Due Date** | 10/17/2019 |
| **Pay This Amount** | $125.35 |



1002797759101970732880000125351000125351 9

# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 197103698 |
| *Purchase Order* | 9336 |
| Invoice Date | 09/18/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 097 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS
GOURMET CULINARY SOLUTIONS
515 COMMERCIAL DR
STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS
PO BOX 208
PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 107999 | | 2 | CASE | 1-35# OIL SAID VEG CLR NT 69706/61489 | GR | 21.27 | 21.27 | | 42.54 |
| Totals: | | 2 | | Total Grocery Pieces | | | | | |

*Page sub-total:* 42.54

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 2 | Grocery - GR | 42.54 | 0.00 | 42.54 |

| | |
|---|---|
| SubTotal | $42.54 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $42.54 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

*DCAREY*

Received By

Warehouse Personal

Print Name

---

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 197103698 |
| *Purchase Order* | 9336 |
| Invoice Date | 09/18/2019 |
| **Due Date** | 10/18/2019 |
| **Pay This Amount** | **$42.54** |



100279775910197103698000004254900000425491



**Gordon** FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 197117140 |
| **Purchase Order** | 9325 |
| Invoice Date | 09/18/2019 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 122115 | 15 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 877246 | N | 1 | CASE | 6-102.3Z PEPPERS CHPTL 45788<br>**THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3638592) AND**<br>**MAY NOT BE RETURNED** | GR | 26.18 | 157.10 | | 157.10 |
| **Totals:** | | 1 | | **Total Grocery Pieces** | | | | | |

*Page sub-total:* 157.10

| Spec Key | |
|---|---|
| Code | Description |
| N | Non-stock Item |

| Group Summary | | | | |
|---|---|---|---|---|
| **Cases** | **Group** | **Amount** | **Tax** | **Total** |
| 1 | Grocery - GR | 157.10 | 0.00 | 157.10 |

| | |
|---|---|
| SubTotal | $157.10 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $157.10 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

Received By _____ Print Name _____

---

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197117140 |
| **Purchase Order** | 9325 |
| Invoice Date | 09/18/2019 |
| **Due Date** | **10/18/2019** |
| **Pay This Amount** | **$157.10** |



100279775910197117140000015710700001571074



**FOOD SERVICE**

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 197184758 |
| *Purchase Order* | 9325 |
| Invoice Date | 09/20/2019 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 122115 | 15 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 145983 | N | 1 | CASE | 50# SPICE CHILI PWD H65D<br>THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3645232) AND MAY NOT BE RETURNED | GR | 251.45 | 251.45 | | 251.45 |
| Totals: | | 1 | | Total Grocery Pieces | | | | | |

*Page sub-total:*   251.45

| Spec Key | |
|---|---|
| Code | Description |
| N | Non-stock Item |

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 1 | Grocery - GR | 251.45 | 0.00 | 251.45 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $251.45 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $251.45 |

Received By _____   Print Name _____

---

**FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION**

**Thank you for your order.**
**Please enclose this stub with payment.**

**FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 197184758 |
| *Purchase Order* | 9325 |
| Invoice Date | 09/20/2019 |
| **Due Date** | **10/20/2019** |
| **Pay This Amount** | **$251.45** |



100279775910197184758000025145400002514543

# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 197184759 |
| *Purchase Order* | |
| Invoice Date | 09/20/2019 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 122115 | 15 | 100279775 GOURMET CULINARY SOLUTIONS | 2364: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS

GOURMET CULINARY SOLUTIONS

515 COMMERCIAL DR

STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS

PO BOX 208

PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 877246 | N | 1 | CASE | 6-102.3Z PEPPERS CHPTL 45788<br>THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3645424) AND MAY NOT BE RETURNED | GR | 26.18 | 157.10 | | 157.10 |
| Totals: | | 1 | | Total Grocery Pieces | | | | | |

*Page sub-total:* 157.10

| | Spec Key | |
|---|---|---|
| Code | | Description |
| N | | Non-stock Item |

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 1 | Grocery - GR | 157.10 | 0.00 | 157.10 |
| | | SubTotal | | $157.10 |
| | | Invoice Total | | $157.10 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

Received By _____

Print Name _____

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 197184759 |
| *Purchase Order* | |
| Invoice Date | 09/20/2019 |
| **Due Date** | **10/20/2019** |
| **Pay This Amount** | **$157.10** |



10027977591019718475900001571070001571079

# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 197243471 |
| **Purchase Order** | 9337 |
| Invoice Date | 09/24/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1029 | 091 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS
GOURMET CULINARY SOLUTIONS
515 COMMERCIAL DR
STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS
PO BOX 208
PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 107654 | | 19 | CASE | 1-35# OIL LIQ CORN NT GCHC 921010 | GR | 26.46 | 26.46 | | 502.74 |
| **Totals:** | | **19** | | **Total Grocery Pieces** | | | | | |

Page sub-total: 502.74

| Group Summary | | | | | |
|---|---|---|---|---|---|
| **Cases** | **Group** | | **Amount** | **Tax** | **Total** |
| 19 | Grocery - GR | | 502.74 | 0.00 | 502.74 |

| | |
|---|---|
| SubTotal | $502.74 |
| Invoice Total | $502.74 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

Received By

Warehouse Personal
Print Name

---

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197243471 |
| **Purchase Order** | 9337 |
| Invoice Date | 09/24/2019 |
| **Due Date** | 10/24/2019 |
| **Pay This Amount** | **$502.74** |



100279775910197243471000050274000005027400

# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 197276813 |
| **Purchase Order** | 9340 |
| Invoice Date | 09/25/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 096 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**
**GOURMET CULINARY SOLUTIONS**
**515 COMMERCIAL DR**
**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**
**PO BOX 208**
**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 107999 | | 20 | CASE | 1-35# OIL SAID VEG CLR NT 69706/61489 | GR | 21.27 | 21.27 | | 425.40 |
| 108286 | | 3 | BAG | 1-25# IODIZED SALT 13600-01049 | GR | 5.75 | 5.75 | | 17.25 |
| 358929 | | 5 | CASE | 6-#10 TOMATO PASTE 26 % 01041 | GR | 5.93 | 35.56 | | 177.80 |
| 393843 | | 1 | CASE | 6-1GAL OIL SALAD CANOLA NT 921244 | GR | 10.79 | 64.76 | | 64.76 |
| **Totals:** | | **29** | | **Total Grocery Pieces** | | | | | |

*Page sub-total:* 685.21

### Group Summary

| Cases | Group | Amount | Tax | Total |
|---|---|---|---|---|
| 29 | Grocery - GR | 685.21 | 0.00 | 685.21 |

| | |
|---|---|
| SubTotal | $685.21 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $685.21 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

*D CAREY*

Received By

Warehouse Personal

Print Name

---

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

### Thank you for your order.
### Please enclose this stub with payment.

FOLD AND TEAR ALONG
PERFORATION THEN RETURN
BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197276813 |
| **Purchase Order** | 9340 |
| Invoice Date | 09/25/2019 |
| **Due Date** | 10/25/2019 |
| **Pay This Amount** | **$685.21** |



1002797759101972768130000685214000068521 43



**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 197326117 |
| *Purchase Order* | 9336 |
| Invoice Date | 09/26/2019 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 122115 | 15 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 877246 | N | 2 | CASE | 6-102.3Z PEPPERS CHPTL 45788<br>THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3654029) AND MAY NOT BE RETURNED | GR | 26.18 | 157.10 | | 314.20 |
| Totals: | | 2 | | Total Grocery Pieces | | | | | |

Page sub-total:    314.20

| Spec Key | |
|---|---|
| Code | Description |
| N | Non-stock Item |

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 2 | Grocery - GR | 314.20 | 0.00 | 314.20 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $314.20 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $314.20 |

Received By

Print Name

**Thank you for your order.**
**Please enclose this stub with payment.**

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 197326117 |
| *Purchase Order* | 9336 |
| Invoice Date | 09/26/2019 |
| **Due Date** | **10/26/2019** |
| **Pay This Amount** | **$314.20** |



10027977591019732611700003142030000 3142033



**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 197537951 |
| *Purchase Order* | 9340 |
| Invoice Date | 10/04/2019 |

| GFS-MC | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 122115 | 15 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 877246 | N | 1 | CASE | 6-102.3Z PEPPERS CHPTL 45788<br>THE ITEM LISTED ABOVE IS A SPECIAL ORDER ITEM (#3665613) AND MAY NOT BE RETURNED | GR | 26.18 | 157.10 | | 157.10 |
| Totals: | | 1 | | Total Grocery Pieces | | | | | |

Page sub-total: 157.10

| | Spec Key | |
|---|---|---|
| Code | | Description |
| N | | Non-stock Item |

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 1 | Grocery - GR | 157.10 | 0.00 | 157.10 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53610

| | |
|---|---|
| SubTotal | $157.10 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $157.10 |

Received By _____    Print Name _____

---

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 197537951 |
| *Purchase Order* | 9340 |
| Invoice Date | 10/04/2019 |
| **Due Date** | **11/03/2019** |
| **Pay This Amount** | **$157.10** |



1002797759101975379510000157107000015710 7b

# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| *Invoice* | 197276814 |
| *Purchase Order* | |
| Invoice Date | 09/25/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1501 | 095 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**
**GOURMET CULINARY SOLUTIONS**
**515 COMMERCIAL DR**
**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**
**PO BOX 208**
**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 144891 | | 2 | CASE | 2-5# SAUSAGE CHORIZO LNK 4320015440 | MT | 22.45 | 44.90 | | 89.80 |
| 630351 | | 1 | CASE | 2-6#AVG CHEESE GRUYE ALPIN STK48499 12.38 LB | DY | | 8.37 | | 103.62 |
| | | | | Item 630351 = 12.38 LB / $103.62 | | | | | |
| **Totals:** | | **3** | | **Total Cooler Pieces** | | | | | |
| 120330 | | 1 | CASE | 136-2.4Z BEEF PTY CHARB CN 80124ACN | MT | 0.57 | 77.24 | | 77.24 |
| **Totals:** | | **1** | | **Total Freezer Pieces** | | | | | |

*Page sub-total:* 270.66

| Group Summary | | | | | |
|---|---|---|---|---|---|
| **Cases** | **Group** | | **Amount** | **Tax** | **Total** |
| 3 | Meat - MT | | 167.04 | 0.00 | 167.04 |
| 1 | Dairy - DY | | 103.62 | 0.00 | 103.62 |
| 4 | Total Case Count | | | | |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

| | |
|---|---|
| SubTotal | $270.66 |
| Invoice Total | $270.66 |

*D CAREY*

Received By

Warehouse Personal

Print Name

---

## Thank you for your order.
### Please enclose this stub with payment.

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| *Invoice* | 197276814 |
| *Purchase Order* | |
| Invoice Date | 09/25/2019 |
| **Due Date** | **10/25/2019** |
| **Pay This Amount** | **$270.66** |



100279775910197276814000027066000002706601



**FOOD SERVICE**

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 197347096 |
| **Purchase Order** | 9347 |
| Invoice Date | 09/27/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 089 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

Ship To **GOURMET CULINARY SOLUTIONS**

**GOURMET CULINARY SOLUTIONS**

**515 COMMERCIAL DR**

**STATHAM GA 30666-1801**

Bill To **GOURMET CULINARY SOLUTIONS**

**PO BOX 208**

**PENDERGRASS GA 30567**

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 431032 | | 9 | CASE | 1-4.5# SPICE PAPRIKA 00311/431032 | GR | 26.20 | 26.20 | | 235.80 |
| Totals: | | 9 | | Total Grocery Pieces | | | | | |

Page sub-total:    235.80

| | Group Summary | | | |
|---|---|---|---|---|
| **Cases** | **Group** | **Amount** | **Tax** | **Total** |
| 9 | Grocery - GR | 235.80 | 0.00 | 235.80 |

| | |
|---|---|
| SubTotal | $235.80 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $235.80 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

_D Caley_

Received By

Warehouse Personal

Print Name

---

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**

P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197347096 |
| **Purchase Order** | 9347 |
| Invoice Date | 09/27/2019 |
| **Due Date** | 10/27/2019 |
| **Pay This Amount** | **$235.80** |



100279775910197347096000023580400002358046

# Gordon
## FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| Invoice | 197347107 |
|---|---|
| Purchase Order | |
| Invoice Date | 09/27/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1016 | 085 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To GOURMET CULINARY SOLUTIONS**
GOURMET CULINARY SOLUTIONS
515 COMMERCIAL DR
STATHAM GA 30666-1801

**Bill To GOURMET CULINARY SOLUTIONS**
PO BOX 208
PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 171832 | | 1 | CASE | 2-6#AVG CHEESE FETA DRY PKG 54261 12.95 LB<br>Item 171832 = 12.95 LB / $36.26 | DY | | 2.80 | | 36.26 |
| Totals: | | 1 | | Total Cooler Pieces | | | | | |

*Page sub-total:* 36.26

| Group Summary | | | | |
|---|---|---|---|---|
| Cases | Group | Amount | Tax | Total |
| 1 | Dairy - DY | 36.26 | 0.00 | 36.26 |

| | |
|---|---|
| SubTotal | $36.26 |
| Invoice Total | $36.26 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

*D Caley*

Received By

Warehouse Personal

Print Name

---

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| Invoice | 197347107 |
| Purchase Order | |
| Invoice Date | 09/27/2019 |
| Due Date | 10/27/2019 |
| Pay This Amount | $36.26 |



1002977591019734710700000362690000036265


**Gordon**
FOOD SERVICE

Gordon Food Service Inc
Shipped From Douglasville Distribution Ctr
1500 North River Road - Lithia Springs, GA 30122
Corporate Phone # 1-888-968-7500
www.gfs.com

Page 1 of 1

| | |
|---|---|
| **Invoice** | 197397331 |
| **Purchase Order** | 9347 |
| Invoice Date | 09/30/2019 |

| Route | Stop | Customer | Representative | Terms |
|---|---|---|---|---|
| 1013 | 090 | 100279775 GOURMET CULINARY SOLUTIONS | 2384: Luke Freitas 1(770)575-8957 / 1(770)575-8957<br>2115: Michael Hildebrand 1(877)788-6129 | Net 30 Days |

**Ship To** GOURMET CULINARY SOLUTIONS
GOURMET CULINARY SOLUTIONS
515 COMMERCIAL DR
STATHAM GA 30666-1801

**Bill To** GOURMET CULINARY SOLUTIONS
PO BOX 208
PENDERGRASS GA 30567

| Item Code | Spec | Qty Ship | Unit | Item Description | Cat | Invent. Value | Unit Price | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 431032 | | 9 | CASE | 1-4.5# SPICE PAPRIKA 00311/431032 | GR | 26.20 | 26.20 | | 235.80 |
| **Totals:** | | 9 | | **Total Grocery Pieces** | | | | | |

Page sub-total: 235.80

| **Group Summary** | | | | | |
|---|---|---|---|---|---|
| **Cases** | **Group** | | **Amount** | **Tax** | **Total** |
| 9 | Grocery - GR | | 235.80 | 0.00 | 235.80 |

| | |
|---|---|
| SubTotal | $235.80 |
| Fuel Surcharge | $0.00 |
| Invoice Total | $235.80 |

Customer's signature evidences receipt of all items listed and its promise to pay the amount due to GFS. Customer agrees that if a check, draft or any other order of payment (each, a "Transaction") issued for payment of this invoice is dishonored, GFS may re-present the Transaction and issue a draft against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. All unpaid invoices are subject to a time price differential of 1 1/2% per month on the unpaid balance after the due date. ~ The perishable agricultural commodities shown on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivable or proceeds from the sale of these commodities until full payment is received. ~ Marine Stewardship Council : MSC-C-53810

*D CAREY*

Received By

Warehouse Personal

Print Name

---

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

**Thank you for your order.**
**Please enclose this stub with payment.**

FOLD AND TEAR ALONG PERFORATION THEN RETURN BOTTOM PORTION

Remit To **Gordon Food Service, Inc.**
P.O. BOX 88029
Chicago, IL 60680-1029

| | |
|---|---|
| Customer Number | 100279775 |
| **Invoice** | 197397331 |
| **Purchase Order** | 9347 |
| Invoice Date | 09/30/2019 |
| **Due Date** | 10/30/2019 |
| **Pay This Amount** | **$235.80** |



1002797759101973973310000235804000023580 46

**EXHIBIT C:**

Accounting

Accounting for Signature Pack, LLC d/b/a Gourmet Culinary Solutions as of:    8/18/2020

| Transaction # | Transaction Date | Transaction Type | Due Date | Days Late | Balance Due | Accrued Interest | TOTAL |
|---|---|---|---|---|---|---|---|
| 196223661 | 8/13/2019 | Invoice | 9/12/2019 | 341 | $ 1,819.09 | $ 305.91 | $ 2,125.00 |
| 196223669 | 8/13/2019 | Invoice | 9/12/2019 | 341 | $ 49.96 | $ 8.40 | $ 58.36 |
| 196256181 | 8/14/2019 | Invoice | 9/13/2019 | 340 | $ 249.35 | $ 41.81 | $ 291.16 |
| 196323127 | 8/16/2019 | Invoice | 9/15/2019 | 338 | $ 4,189.54 | $ 698.33 | $ 4,887.87 |
| 196354454 | 8/19/2019 | Invoice | 9/18/2019 | 335 | $ 105.84 | $ 17.49 | $ 123.33 |
| 196451904 | 8/21/2019 | Invoice | 9/20/2019 | 333 | $ 2,053.21 | $ 337.18 | $ 2,390.39 |
| 196582034 | 8/28/2019 | Invoice | 9/27/2019 | 326 | $ 2,048.27 | $ 329.29 | $ 2,377.56 |
| 196582038 | 8/28/2019 | Invoice | 9/27/2019 | 326 | $ 190.26 | $ 30.59 | $ 220.85 |
| 196659010 | 8/30/2019 | Invoice | 9/29/2019 | 324 | $ 34.50 | $ 5.51 | $ 40.01 |
| 196659022 | 8/30/2019 | Invoice | 9/29/2019 | 324 | $ 103.84 | $ 16.59 | $ 120.43 |
| 196821889 | 9/6/2019 | Invoice | 10/6/2019 | 317 | $ 458.95 | $ 71.75 | $ 530.70 |
| 196902870 | 9/10/2019 | Invoice | 10/10/2019 | 313 | $ 461.38 | $ 71.22 | $ 532.60 |
| 196922057 | 9/11/2019 | Invoice | 10/11/2019 | 312 | $ 412.05 | $ 63.40 | $ 475.45 |
| 196975255 | 9/12/2019 | Invoice | 10/12/2019 | 311 | $ 341.20 | $ 52.33 | $ 393.53 |
| 197000077 | 9/13/2019 | Invoice | 10/13/2019 | 310 | $ 1,037.91 | $ 158.67 | $ 1,196.58 |
| 197073288 | 9/17/2019 | Invoice | 10/17/2019 | 306 | $ 125.35 | $ 18.92 | $ 144.27 |
| 197073289 | 9/17/2019 | Invoice | 10/17/2019 | 306 | $ 20.38 | $ 3.08 | $ 23.46 |
| 197103698 | 9/18/2019 | Invoice | 10/18/2019 | 305 | $ 42.54 | $ 6.40 | $ 48.94 |
| 197117140 | 9/18/2019 | Invoice | 10/18/2019 | 305 | $ 157.10 | $ 23.63 | $ 180.73 |
| 197184758 | 9/20/2019 | Invoice | 10/20/2019 | 303 | $ 251.45 | $ 37.57 | $ 289.02 |
| 197184759 | 9/20/2019 | Invoice | 10/20/2019 | 303 | $ 157.10 | $ 23.47 | $ 180.57 |
| 197243463 | 9/24/2019 | Invoice | 10/24/2019 | 299 | $ 620.29 | $ 91.46 | $ 711.75 |
| 197243471 | 9/24/2019 | Invoice | 10/24/2019 | 299 | $ 502.74 | $ 74.13 | $ 576.87 |
| 197276813 | 9/25/2019 | Invoice | 10/25/2019 | 298 | $ 685.21 | $ 100.70 | $ 785.91 |
| 197276814 | 9/25/2019 | Invoice | 10/25/2019 | 298 | $ 270.66 | $ 39.78 | $ 310.44 |
| 197326117 | 9/26/2019 | Invoice | 10/26/2019 | 297 | $ 314.20 | $ 46.02 | $ 360.22 |
| 197347096 | 9/27/2019 | Invoice | 10/27/2019 | 296 | $ 26.20 | $ 3.82 | $ 30.02 |
| 197347102 | 9/27/2019 | Invoice | 10/27/2019 | 296 | $ 67.56 | $ 9.86 | $ 77.42 |
| 197347103 | 9/27/2019 | Invoice | 10/27/2019 | 296 | $ 33.78 | $ 4.93 | $ 38.71 |
| 197347104 | 9/27/2019 | Invoice | 10/27/2019 | 296 | $ 33.78 | $ 4.93 | $ 38.71 |
| 197347107 | 9/27/2019 | Invoice | 10/27/2019 | 296 | $ 36.26 | $ 5.29 | $ 41.55 |
| 197397331 | 9/30/2019 | Invoice | 10/30/2019 | 293 | $ 235.80 | $ 34.07 | $ 269.87 |
| 197537951 | 10/4/2019 | Invoice | 11/3/2019 | 289 | $ 157.10 | $ 22.39 | $ 179.49 |
| | | | | | $ 17,292.85 | $ 2,758.92 | $ 20,051.77 |

| | |
|---|---|
| Principal Balance: | $ 17,292.85 |
| Accrued Interest: | $ 2,758.92 |
| Attorney Fees: | $ 4,397.00 |
| TOTAL CLAIM: | $ 24,448.77 |



**IceMiller**
LEGAL COUNSEL

Arena District | 250 West Street | Suite 700 | Columbus, OH 43215-7509

August 18, 2020

Writer's Direct Number: 614 462-1070
Direct Fax: 614 232-6923
E-Mail: John.Cannizzaro@icemiller.com

***Sent via Fed-Ex Tracking# 395943185590***

Office of the Clerk
U.S. Bankruptcy Court for the Northern District of Georgia
121 Spring Street SE
Room 120
Gainsville, Georgia 30501

   ***RE: In re Signature Pack, LLC; Case No. 19-20916-JRS***

Dear Clerk:

   Enclosed herewith please find a Request for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 and the attachments thereto to be filed in the above-captioned case.

   If you have any questions or concerns, please do not hesitate to contact me.

                              Very truly yours,

                              ICE MILLER LLP

                              John C. Cannizzaro

JCC/jy
Enclosures

cc:    Jones & Walden, LLC (via U.S. Mail and email)
       c/o Leslie M. Pineyro, Esq.
       699 Piedmont Ave, NE
       Atlanta, Georgia 30308

CO\6506725.1